Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

for the

Central District of California ▾

*Eastern* Division

2020 FEB -7 PM 6: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

Devin Wade

EDCV20-00258 JGB (SPx)

Case No. _____
(to be filled in by the Clerk's Office)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

United States of America

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEVIN WADE |
| Street Address | 14705 PRAIRIE SMOKE RD |
| City and County | EASTVALE, COUNTY OF RIVERSIDE |
| State and Zip Code | CALIFORNIA, 92880 |
| Telephone Number | 909-306-4164 |
| E-mail Address | WADEDEVIN88@YAHOO.COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name — DEPT OF DEFENSE

Job or Title *(if known)*

Street Address — 1400 DEFENSE PENTAGON

City and County — WASHINGTON DC

State and Zip Code — VIRGINIA, 20530

Telephone Number — 301 688 6524

E-mail Address *(if known)*

Defendant No. 2

Name — DEPT OF JUSTICE

Job or Title *(if known)*

Street Address — 950 PENNSYLVANIA AVE

City and County — WASHINGTON DC

State and Zip Code — VA, 20530

Telephone Number — 202 514 2000

E-mail Address *(if known)*

Defendant No. 3

Name — FEDERAL BUREAU of INVESTIGATIONS

Job or Title *(if known)*

Street Address — 935 PENNSYLVANIA AVE

City and County — WASHINGTON DC

State and Zip Code — VA, 20535

Telephone Number — 202 234 3000

E-mail Address *(if known)*

Defendant No. 4

Name — NSA

Job or Title *(if known)*

Street Address — 9800 SAVAGE RD

City and County — FORTE MEADE, MD

State and Zip Code — MD, 20755

Telephone Number — 301 688 6524

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

California Penal Code Section 136.1 PC, Dissuading Witness,
Unauthorized Access of Computers in Penal Code section 502, to terrorize, destruct, destroy and sabotage under article 18 Us Code § 2332b., 2331, Acts of Terrorism & Domestic Terrorism plaintiff via article 18 U.S. Code § 2511 | U.S. Code | unlawful intercept of wire, oral, or electronic communication

Article's: 18 USC { 1512, 1030(a), 2331, 2332(b), 242 } 18.01, 367 USC 643(1961), 251 USC 385(1920), 308 USC 338, 341(1939), 47 USC { 152, 302, 275 },

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*    Devin Wade                    , is a citizen of the

        State of *(name)*    California    .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                    , is incorporated

        under the laws of the State of *(name)*                    ,

        and has its principal place of business in the State of *(name)*

                            .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*    United States of America        , is a citizen of

        the State of *(name)*    Virginia            . Or is a citizen of

        *(foreign nation)*    District of Columbia    .

b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1e,+51, 1 sexdecillion dollars,, Article 18 § 1030 Computer Fraud
National Officials in violation of ARTICLE 18 U.S.C. § 1512(3(b)(c))
California Code, Penal Code - PEN § 186.9, (Pen. Code, § 186.10 laundering)
CH 9w TITLE 18 § 1961(b) RACKETEER

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
AGAINST 18 U.S.C. § 377, DATES OF EACH ARREST UNDER DEPRIVATION OF LIFE,  Penal Code 2 FALSE IMPRISONMENT, AFTER DATE OF FIRST COMPLAINT WITH INTERNET CRIME COMPLAINT RELEVANCE WITH ARTICLE 18 USC 1030, COMMUNICATION ACT OF 1934 18 § 1512

B.    What date and approximate time did the events giving rise to your claim(s) occur?

MARCH,, 2016 PRESENT
3/ ( 2026 ) CORRECTION

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*
After plaintiff filed complaint with national agencies, National Officials against PC 136.1, &
Article 18 § 1030, RFC 2672 - Non-Terminal DNS Name REDIRECTION, RFC 2672 DNAME
REDIRECTING,18 U.S.C. § 1839(3)Trade Secrets have been depriving plaintiff Of civil requirements in
article 2 via intimidation, violence and force US Code § 2331 & § 2332b.

CH 73 OBSTRUCTION OF JUSTICE
CH 96 & 95 RACKETEER, 1961(b) or CH 96
18 § 242 DEPRIVATION of RIGHTS UNDER COLOR
18 3 1030 COMPUTER FRAUD
18 3 1513 RETALIATING AGAINST A WITNESS

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

Plaintiff will not be able to recover from Article 2, due to violation of 4th,5th, and 14th amendments

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

RESTRAINING ORDER ENFORCED,
DEMAND FULLY MET,
CONTRACT OF FULL COMMITMENT OATHING AMENDANCE FOR CITIZENS FULL UNDELIGATED MANDATI
OF UNITED STATES CONVENTION IN ACCORDS TO EVERYDAY LIFE

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2/7/20

Signature of Plaintiff        D— Wade

Printed Name of Plaintiff        DEVIN WADE

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print        Save As...        Add Attachment        Reset

*DEVIN WADE v UNITED STATES OF AMERICA*                    *5:19-CV-02496*

*Writ of Mandamus*

18 U.S. Code CHAPTER 95 & 96 **RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS**

**In lieu of reports made by plaintiff, Devin Wade continues to be deprived of life, liberty and property by National Officials in violation of Us Code 18 § 242 Deprivation of Rights Under Color of Law**

**Statement of Facts**

In lieu of Penal Code section 832.5(a)(1), Plaintiff, Devin Wade has filed complaint reports with defendant organizations just short of four years [ first dates back to (3,2016) ] , with national officiating agencies. Investigators, Under Color, in violation of 18 242, upon reporting and filing complaint willfully Deprives  plaintiff of Life and Property in corroboration with ***Chapter 95 & 96 of title CRIMES AND CRIMINAL PROCEDURE § 1951 of Chapter 95  and 1961(b) of Chapter 96***. Plaintiff property of intellectual property, has been illegally seized via ***Computer Fraud 18 U.S.C. § 1030*** by national officials, Plaintiff has been locked out of every email that pertains his intellectual property ownership identity records, domain hosting logging information, and every online entity that he owns. As well as plaintiff is continuously harassed and Life destructed, Investigators take upon themselves each and every day to destroy every creation of web template, pdf document, or shred of work endeavor plaintiff embarks upon. This upkeep of  ***Racketeer § 1961(b)***  of ***Chapter 96*** has been going on since first report made by plaintiff in 2016. From oppression of career to depriving plaintiff of life through using satellites to inform local pd of location, aiding in false arrests to limit his uniform, these officials show that we certainly do not have, uphold or in parameters of a democracy due to choosing not to uphold requisites of oath.

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Devin Wade has made over 100+ complaint report with [ www.ic3.gov ] FBI of this, and from the first report I've been serviced Terrorism, where Investigators took Offense where they are attacking, stealing, embezzling, framing, unlawfully surveillance, impeding upon a persons right to life, with intentions of sweeping this mans life under anything they can hide this from getting Out. Devin has been defending himself for the last four years since this began, Investigators decided his intellectual property [ such as http:\\realskater.com ] was in the wrong hands and worth more then they cared of his life. These branches of Government has been sitting behind Devin Wade's life and back everyday inflicting harm, terror, suffocation, Violence, sabotage of Property and Physical Life from inputting false crimes to Background Record, to Any and everything he feel as gain. Devin Wade has physically been in defense with out a reason why others impede misfortune and destruction to his life.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other    Please specify: email and domain account seized,
                            highjacked

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Devin Wade
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City: Eastvale
Country: United States of America
State: California
Zip Code/Route: 92880
Phone Number:
Email Address: wadedevin88@yahoo.com
Website: http:\\DevinWade.com
IP Address:

Case 5:20-cv-00258-JGB-SP    Document 1    Filed 02/07/20    Page 9 of 75    Page ID #:9

1/21/2020                      Yahoo Mail - RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

## RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

From:  CRCL (crcl@hq.dhs.gov)

To:     wadedevin88@yahoo.com

Cc:     crcl@hq.dhs.gov

Date:   Monday, December 16, 2019, 11:28 AM PST

Thank you for contacting the U.S. Department of Homeland Security's (DHS) Office for Civil Rights and Civil Liberties (CRCL).  Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, this Office is responsible for reviewing and assessing information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS.

After reviewing your information, we have determined that CRCL does not have jurisdiction over your concerns.  You may wish to contact the Internet Crime Complaint Center (IC3), which is a partnership between the Federal Bureau of Investigation (FBI) and the National White Collar Crime Center (NW3C).  Their web site is located at http://www.ic3.gov/default.aspx. We can only add that you may wish to contact a private attorney.

Thank you again for contacting the Office for Civil Rights and Civil Liberties.

Sincerely,

Office for Civil Rights and Civil Liberties

U.S. Department of Homeland Security

**From:** wadedevin88@yahoo.com <wadedevin88@yahoo.com>
**Sent:** Monday, December 16, 2019 2:13 PM
**To:** OCRMail@hhs.gov; socr_direct@state.gov; CRCL <CRCL@HQ.DHS.GOV>; askOCR@ojp.usdoj.gov
**Subject:** Re: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

On Dec 13, 2019 8:15 PM, wadedevin88@yahoo.com wrote:

This is currently going on, the government is in the middle of taking the life of Devin Wade after making a fbi crime complaint at www.ic3.gov/default.aspx with fbi Ic3 Internet crime complaint. It's been well over 260 weeks since making the first complaint with Fbi of being hacked by various dept of government listed within each complaint report and his domain name intellectual property being high-jacked, him locked out his accounts after contacting these organizations and now a complaint report every day of his life being swarmed by government hackers destroying his web development designs, corporate templates and ip addresses redirected or being locked out of his email accounts, and storing to his computer bios against the 3rd, 4th and 5th amendment.

Case 5:20-cv-00258-JGB-SP     Document 1     Filed 02/07/20     Page 10 of 75     Page ID
#:10

1/21/2020                    Yahoo Mail - RE: Terrorism & Government taking life of Devin Wade | government Impeding a supremacy on the nation

After making a complaint report does not constitute a government official being able to break into his computer system, nor suppress his life by attacking him. there are over 100 complaint reports on this issue with supreme court not filing prosecution on this government. This is nothing more then a mere supremacy, using the constitution as tissue paper, profiteering off the peoples tax dollars and not upholding laws equally in Americas favor. Where the government can take lives and evade prosecution..

SUPREMACY. NOTHING ELSE!

260 weeks of a government agency attempting to take my life

MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It is unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law. Additionally, it is a misdemeanor violation of California Penal Code § 1054.2a(3) to disclose the address and telephone number of a victim or witness to a defendant, defendant's family member or anyone else. Note exceptions in California Penal Code § 1054.2a(a) and (2).

DISCOVERY REQUEST

Pursuant to Penal Code section 1054.5, subdivision (b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Michael A. Hestrin
District Attorney

Dated: November 9, 2017

By: Cheryl C. Singerton
Deputy District Attorney

je

STATE OF CALIFORNIA
BOF 4009B (Rev. 08/2017)



DEPARTMENT OF JUSTICE
PAGE 1 of 2



BUREAU OF FIREARMS
# PATIENT NOTIFICATION OF FIREARMS PROHIBITION AND RIGHT TO HEARING

## *CONFIDENTIAL*

### PROHIBITION ADVISEMENT

Please be advised that, as a result of having been taken into custody, assessed, and admitted to a mental health facility pursuant to Welfare and Institutions Code sections 5150, 5151, and 5152 as a danger to self or others, you are prohibited from owning, possessing, controlling, receiving, or purchasing any firearm, ammunition, or firearm magazines for a period of five years from your date of discharge.  If you were held involuntarily in the facility for more than three days, federal law may prohibit you from owning or possessing firearms, ammunition, or firearm magazines for a longer period of time. Accordingly, you must relinquish all firearms, ammunition, and firearm magazines currently in your possession. For your convenience the following relinquishment options are provided:

1) You may sell or transfer your firearms, ammunition, and firearm magazines to a non-prohibited third party using a licensed California firearms dealer pursuant to Penal Code section 28050; or 2) in accordance with Penal Code section 29810, you may utilize the Power of Attorney for Firearms Relinquishment, Sale, or Disposal (BOF 110) to relinquish your firearms. BOF 110 can be found on the Attorney General's Bureau of Firearms website at http://oag.ca.gov/firearms/forms.  Please feel free to consult private legal counsel for other firearms, ammunition, and firearm magzines relinquishment options.

### HEARING REQUESTED AT DISCHARGE

Pursuant to Welfare and Institutions Code section 8103, subdivisions (f) and (g), you may request a hearing by the Superior Court to provide relief from the firearms prohibition. Upon discharge from this facility, you will be provided with a Request for Hearing for Relief from Firearms Prohibition (BOF 4009C).

If you request a hearing at the time of discharge, the completed BOF 4009C will be forwarded by this mental health facility to the Superior Court in your county of residence unless you elect to submit the form yourself.

**HEARING REQUESTED *AT* DISCHARGE:** ☐ YES   ☒ NO

### HEARING REQUESTED AFTER DISCHARGE

If you do not request a hearing at the time of discharge from this mental health facility, a single request may be made to the Superior Court in your county of residence at any time during the five year prohibition period.

To obtain a Request for Hearing for Relief from Firearms Prohibition (BOF 4009C), please visit our website at http://oag.ca.gov/firearms/forms.

### PATIENT/FACILITY INFORMATION

DEVIN   WADE
Patient's Printed Name

REFUSED TO SIGN
Patient's Signature

7/20/1988
Patient's Date of Birth

5/18
Patient's CDL #

RIVERSIDE COUNTY   EIS
Facility Name

5/12/2018
Date of Notification

5/12/2018
Date of Discharge

LUIS M. GONZALEZ RN
Printed Name and Title of Facility Employee
Responsible for Discharging Patient

Facility Employee's Signature

Facility Employee's Phone #
(901) 358-4881

Wade, Devin (276055549:85573671)
14705, Prairie Smoke Road
Corona, CA 92880

Dear Devin,

This letter is to inform you that an offer of employment, a continuation of current employment or the granting of a promotion will not be made at this time. This decision was based, either in whole or in part, on information provided to us in a consumer report.

You authorized the procurement of this report as part of your application process with Corona - NATL - Manpower. This was prepared for us by a consumer reporting agency. The consumer reporting agency did not make the decision whether or not to make an offer to you. If you have any questions about the report or wish to dispute its accuracy or completeness please contact the consumer reporting agency listed below within 60 days.

SterlingTalent Solutions
4511 Rockside Rd.
4th Floor
Independence, OH 44131
Phone: 888.889.5248
Email: dispute.resolution@sterlingts.com

Web: www.sterlingcheck.com

Sincerely yours,

Nunez Crystal

Last Name **Wade**

First Name **Devin**

Middle Name **Not Provided**

SSN **XXX-XX-6020**

DOB **7/20/XX**

Race **Unknown**

Gender **Male**

Jurisdiction **CA-SAN BERNARDINO (224)**

Records Searched **Felony & Misdemeanor**

Courts Searched **Superior and Limited Jurisdiction Court**

Scope of Search **Min 7 years**

**Verified Data**

Report requested on: 8/12/2019    Report completed on: 8/13/2019

Case Number: **MWV17021827**

Verified By: **Last Name,First Name,DOB**

Last Name: **WADE**

First Name: **DEVIN**

Middle Name: **KYLE**

DOB: **7/20/XX**

Case Type: **Conviction**

Case Level: **Misdemeanor**

Case Status: **Closed Case**

Filed Date: **3/3/2017**

Disposition Date: **3/21/2019**

**Charges**

Violation Date: **3/3/2017**

Type: **Misdemeanor**

Original Charge: **Battery**

Disposition: **Conviction**

Sentence: **Type: Credit Time Served**
**Consecutive: No**
**Suspended: No**
**Length: 10 Days**
————

**Type: Probation**
**Consecutive: No**
**Suspended: No**
**Length: 3 Years**
————

**Type: Jail**
**Consecutive: No**
**Suspended: No**
**Length: 20 Days**
————

Comments: **Charge Statute: PC242**

Violation Date: **3/3/2017**

Type: **Misdemeanor**

Original Charge: **Fail To Appear After Written Promise**

Disposition: **Conviction**

Sentence: **Type: Probation**
**Consecutive: No**
**Suspended: No**
**Length: 3 Years**
————

**Type: Credit Time Served**
**Consecutive: No**
**Suspended: No**
**Length: 10 Days**

**Type: Jail**
**Consecutive: No**
**Suspended: No**
**Length: 20 Days**

Comments: **Charge Statute: PC853.7**

---

**County Court Search**
    **Clear**

**Data as Provided**

Last Name **Wade**
First Name **Devin**
Middle Name **Not Provided**
SSN **XXX-XX-6020**
DOB **7/20/XX**
Race **Unknown**
Gender **Male**
Jurisdiction **CA-RIVERSIDE (221)**
Records Searched **Felony & Misdemeanor**
Courts Searched **Superior and Limited Jurisdiction Court**
Scope of Search **Min 7 years**

**Verified Data**

Report requested on: 8/12/2019    Report completed on: 8/12/2019

---

**County Court Search (Validator)**
    **Consider**

**Data as Provided**

Last Name **Wade**
First Name **Devin**
Middle Name **Not Provided**
SSN **XXX-XX-6020**
DOB **7/20/XX**
Race **Unknown**
Gender **Male**
Jurisdiction **CA-ORANGE (218)**

**Verified Data**

Report requested on: 8/12/2019    Report completed on: 8/12/2019

Case Number: **11WM07179**
Verified By: **Last Name,First Name,DOB**
Last Name: **Wade**
First Name: **Devin**
Middle Name: **Kyle**
DOB: **7/20/XX**
Case Type: **Conviction**
Case Level: **Misdemeanor**
Case Status: **Closed Case**
Filed Date: **4/27/2011**
Disposition Date: **9/7/2012**
Additional Info: **CHARGE COUNT 1 = 10 DAYS JAIL IN LIEU OF FINE**
    **Charges**

Violation Date: **4/27/2011**
Type: **Misdemeanor**
Original Charge: **Driving When Privilege Suspended Or Revoked For Driving Under Influence**

Disposition: **Pled Guilty**

Sentence: **Type: Probation**
**Consecutive: No**
**Suspended: No**
**Length: 3 Years**

————————

**Type: Jail**
**Consecutive: No**
**Suspended: No**
**Length: 30 Days**

————————

Comments: **Charge Statute: 14601.2(a) VC**

Violation Date: **6/27/2011**

Type: **Misdemeanor**

Original Charge: **Failure To Appear**

Disposition: **Pled Guilty**

Comments: **Charge Statute: 40508(a) VC**

Violation Date: **11/8/2011**

Type: **Misdemeanor**

Original Charge: **Failure To Appear**

Disposition: **Pled Guilty**

Comments: **Charge Statute: 40508(a) VC**

Case Number: **17NM00280**

Verified By: **Last Name,First Name,DOB**

Last Name: **Wade**

First Name: **Devin**

Middle Name: **Kyle**

DOB: **7/20/XX**

Case Type: **Conviction**

Case Level: **Misdemeanor**

Case Status: **Closed Case**

Filed Date: **11/24/2016**

Disposition Date: **5/3/2018**

**Charges**

Violation Date: **11/24/2016**

Type: **Misdemeanor**

Original Charge: **Trespassing - Occupation By Squatter**

Disposition: **Pled Guilty**

Sentence: **Type: Jail**
**Consecutive: No**
**Suspended: No**
**Length: 6 Days**

————————

Comments: **Charge Statute: 602(m) PC**

---

**National Sex Offender**

Clear

**Data as Provided**

Last Name **Wade**

First Name **Devin**

Middle Name **Not Provided**

SSN **XXX-XX-6020**

DOB **7/20/XX**

Race **Unknown**

Gender **Male**

GoDaddy Domain Name Search





# Search results

realskater.com     🔍

ⓘ  **Premium Domain**

Call (480) 463-8841 for buying assistance

## realskater.com is available
# $3,265.00ⓘ

ⓖ Estimated Value $3,265 ⓘ

## Why it's great.

✓ "Real" is a high value keyword that has an average sale price of $3,265.00.

✓ "Real" is a widely used keyword.

✓ "Realskater.com" is easy to remember.

Get It

▶ What are premium domains?

Available Alternate Domains

.net $14.99    .org $9.99    .us $1.00

| realskaters.com | ~~$17.99~~ $11.99ⓘ for the first year | Add to Cart |
|---|---|---|
| real-skater.com | ~~$17.99~~ $11.99ⓘ for the first year | Add to Cart |
| Ad realskater.online | ~~$49.99~~ $0.99ⓘ for the first year | Add to Cart |

    



## whois

- Traceroute
- IP Lookup
- API/Bulk Data Access

**Business Tools**
- ABR Lookup by Name
- ABN Lookup by Number
- ACN Lookup



Typeform

**Create your next event survey**

Try for free

| | |
|---|---|
| Domain Name | REALSK8TER.COM |
| Registry Domain ID | 2149270812_DOMAIN_COM_VRSN |
| Registrar WHOIS Server | whois.godaddy.com |
| Registrar URL | http://www.godaddy.com |
| Updated Date | 2017-08-02T54.24.012 |
| Creation Date | 2017-08-02T54.24.012 |
| Registry Expiry Date | 2018-08-02T54.24.012 |
| Registrar | GoDaddy.com, LLC |
| Registrar IANA ID | 146 |
| Registrar Abuse Contact Email | abuse@godaddy.com |
| Registrar Abuse Contact Phone | 480-624-2505 |
| Domain Status | clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited |
| Name Server | NS08.DOMAINCONTROL.COM |
| DNSSEC | unsigned |
| URL of the ICANN Whois Inaccuracy Complaint Form | https://www.icann.org/wicf/ |
| **>>> Last update of whois database** | **2017-11-19T14:01:33Z <<<** |

NOTICE The expiration date displayed in this record is the date the

You are not authorized to access or query our Whois

TERMS OF USE

by the following terms of use: You agree that you may use this Data only

(1) allow, enable, or otherwise support the transmission of mass



**G    >>> Last update of whois datab…    ^**

    

| | |
|---|---|
| Domain Name | REALSKATER.COM |
| Registry Domain ID | 2149270892_DOMAIN_COM-VRSN |
| Registrar WHOIS Server | whois.godaddy.com |
| Registrar URL | http://www.godaddy.com |
| Updated Date | 2017 08 02T04:29:01Z |
| Creation Date | 2017-08-02T04:29:01Z |
| Registry Expiry Date | 2018-08-02T04:29:01Z |
| Registrar | GoDaddy.com, LLC |
| Registrar IANA ID | 146 |
| Registrar Abuse Contact Email | abuse@godaddy.com |
| Registrar Abuse Contact Phone | 480-624-2505 |
| Domain Status | clientUpdateProhibited https://icann.org/epp#clientUpdateProhib |
| Name Server | NS08.DOMAINCONTROL.COM |
| DNSSEC | unsigned |
| URL of the ICANN Whois Inaccuracy Complaint Form | https://www.icann.org/wicf/ |
| >>> Last update of whois database | 2017-11-19T14:55:33Z <<< |

*Handwritten annotations:* NEVER PURCHASED UNDER GODADDY

*Handwritten annotations:* DATE REALSKATER WAS HIGHJACKED BY NATIONAL INVESTIGATE

1/21/2020   Case 5:20-cv-00258-JGB-SP   Document 1   Filed 02/07/20   Page 20 of 75   Page ID
Yahoo Mail - RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation
#:20

## RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

From:   SOCR_General Inquiries (socr_direct@state.gov)

To:   wadedevin88@yahoo.com

Date:   Monday, December 16, 2019, 09:10 AM PST

You have reached the U.S. Department of State's Office of Civil Rights, which is a federal office that seeks to propagate fairness, equity and inclusion in the U.S. Department of State's domestic and overseas workplaces, including the U.S. diplomatic service and embassies and consulates overseas. We are only able to provide service to direct employees, former direct employees, or applicants for direct employment of the Department of State or missions in other countries who feel that they have suffered discrimination or harassment. As your matter does not appear to fall into this category, I regret we cannot assist you.

**From:** wadedevin88@yahoo.com <wadedevin88@yahoo.com>
**Sent:** Friday, December 13, 2019 11:16 PM
**To:** OCRMail@hhs.gov; SOCR_General Inquiries <SOCR_Direct@state.gov>; crcl@dhs.gov; askOCR@ojp.usdoj.gov
**Subject:** Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

This is currently going on, the government is in the middle of taking the life of Devin Wade after making a fbi crime complaint at www.ic3.gov/default.aspx with fbi Ic3 Internet crime complaint. It's been well over 260 weeks since making the first complaint with Fbi of being hacked by various dept of government listed within each complaint report and his domain name intellectual property being high-jacked, him locked out his accounts after contacting these organizations and now a complaint report every day of his life being swarmed by government hackers destroying his web development designs, corporate templates and ip addresses redirected or being locked out of his email accounts, and storing to his computer bios against the 3rd, 4th and 5th amendment.

After making a complaint report does not constitute a government official being able to break into his computer system, nor suppress his life by attacking him. there are over 100 complaint reports on this issue with supreme court not filing prosecution on this government. This is nothing more then a mere supremacy, using the constitution as tissue paper, profiteering off the peoples tax dollars and not upholding laws equally in Americas favor. Where the government can take lives and evade prosecution..

SUPREMACY. NOTHING ELSE!

260 weeks of a government agency attempting to take my life

IC3 logo

# Complaint Referral Form
# Internet Crime Complaint Center

┌─Victim Information─────────────────────────────────────────────────

Name:
Devin Wade
Are you reporting on behalf of a business?
[None]
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
[None]
Address:
14705 Prairie Smoke Rd
Address (continued):
Suite/Apt./Mail Stop:
City:
corona
County:
Country:
United States of America
State:
California
Zip Code/Route:
92880
Phone Number:
90993064124
Email Address:
wadedevin88@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

┌─Description of Incident────────────────────────────────────────────

Provide a description of the incident and how you were victimized. Provide information
not captured elsewhere in this complaint form.
this is the 100th+ time reporting this same incident, it would be terrorism to respond to a
report and then turn to terrorizing, destroying, falsely asset seizing, hoist yourself behind
a mans life with sole purpose of destroying it. this incident has been going on over 1800
days, and ill i've see and was serviced by investigators was terrorism.   after making a
complaint report with ic3.gov, usa.gov, FBI, NSA, DOD, DOJ, FBI terrorism task force, my
government came out with the intention to destroy & take my life instead of providing
services to ensure my rights are being amended.
┌─Which of the following were used in this incident? (Check all that apply.)────

☐ Spoofed Email ☐ Similar Domain ☐ Email Intrusion



**Complaint Referral Form
Internet Crime Complaint Center**

---

**Victim Information**

Name: Devin Wade
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 14705 prairie smoke rd
Address (continued):
Suite/Apt./Mail Stop:
City: Eastvale
County: CA
Country: United States of America
State: California
Zip Code/Route: 92880
Phone Number: 9093064164
Email Address: Wadedevin88@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Still this government makes assassination attempts at my life after making a www.ic3.gov and www.usa.gov complaint report. These investigators are illegally clinging to my devices to take continues assassination attempts at my life.
This government has put the victim of a crime under illegal surveillance for over 4 years with government officials continuously taking assassination attempts at my life.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other      Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Information About The Subject(s) Who Victimized You**

Name: Devin Wade

IC3 logo

# Complaint Referral Form
# Internet Crime Complaint Center

---

**Victim Information**

Name:
Devin Wade
Are you reporting on behalf of a business?
[None]
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
[None]
Address:
14705 Prairie Smoke Rd
Address (continued):
Suite/Apt./Mail Stop:
City:
corona
County:
Country:
United States of America
State:
California
Zip Code/Route:
92880
Phone Number:
9093064164
Email Address:
wadedevin88@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.
IT WOULD BE CONSIDERED TERRORISM AND TORTURE TO SIT BEHIND A MANS LIFE, IN HIS COMPUTER DESTROYING EVERYTHING A WEB DEVELOPER CREATES AS HE IS MAKING IT WAITING FOR HIM TO CREATE OR RECREATE ANOTHER ITEM OF PROPERTY. FOR THE LAST 5 YEARS, EVERY SINGLE DAY A GOVERNMENT PROGRAMMERS [ nsa / dod /doj / fbi ] ILLEGALLY SITS IN MY PERSONAL COMPUTER AFTER MAKING COMPLAINT REPORTS JUST TO DESTROY ANY AND EVERYTHING I MAKE WITH THE SOLE INTENTION OF DESTROYING DEVIN WADES WORK / WEB TEMPLATES +ANY AND EVERYTHING A PERSON CREATES. EVEN THOUGH THIS SHOWS HOW CORRUPT THIS GOVERNMENT ACTUALLY IS, STILL IT IS ILLEGAL, TERRORISM, TREASON, INVASION OF PRIVACY, A

VIOLATION OF MY CIVIL AMENDMENTS AND FBI SHOWS THAT THEY ARE NOT WILLING
TO ENSURE THAT EVERYONE'S CONSTITUTIONAL AMENDMENTS ARE AMENDED.

─Which of the following were used in this incident? (Check all that apply.)────

☐ Spoofed Email ☐ Similar Domain ☐ Email Intrusion
☐ Other Please specify:

Law enforcement or regulatory agencies may desire copies of pertinent documents or
other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

─Information About The Subject(s) Who Victimized You────────────────
Name:
Devin Wade
Business Name:
Address:
14705 Prairie Smoke Rd
Address (continued):
Suite/Apt./Mail Stop:
City:
Country:
[None]
State:
[None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

─Other Information────────────────────────────────────────
If an email was used in this incident, please provide a copy of the entire email including
full email headers.
[No response provided]
Are there any other witnesses or victims to this incident?
[No response provided]
If you have reported this incident to other law enforcement or government agencies,
please provide the name, phone number, email, date reported, report number, etc.
[No response provided]
☑ Check here if this an update to a previously filed complaint:

─Who Filed the Complaint──────────────────────────────────
Were you the victim in the incident described above?
Yes

─Digital Signature────────────────────────────────────────

    By digitally signing this document, I affirm that the information I provided is
    true and accurate to the best of my knowledge. I understand that providing false

IC3 logo

# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

Name:
Devin Wade
Are you reporting on behalf of a business?
No
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
30 - 39
Address:
Prairie Smoke Rd
Address (continued):
Suite/Apt./Mail Stop:
City:
Corona
County:
Country:
United States of America
State:
California
Zip Code/Route:
92880
Phone Number:
9093064164
Email Address:
WADEDEVIN88@YAHOO.COM
Business IT POC, if applicable:
Other Business POC, if applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information
not captured elsewhere in this complaint form.
this is the 100th plus complaint report i have made about this issue and all this
government is showing me is that you guys are taking my life. this is undemocratic and
against rule this government has to follow. this is going against every constitutional
amendment the constitution produces and shows this government is no better then the
common terrorist that the media broadcasts. i am being attacked every minute of the day
with ic3.gov, usa.gov ignoring and suppressing federal police reports. If this \ terror what
our government forces upon the people after highjacking their web domains \ intellectual
property then the people of america is funding Terrorist to high-jack lives from their root.
the third amendment is severely being violated as each branch of investigators severely
strangle devin cybertronically installing hidden script files to his hdd to mirror and harass

him, attacking, ending his partition, deleting files, scripting unknown scripts to his html mockups, destroying everything every single day. the tax payers dollars are funding terrorist to terrorize their civilians with joy as they gain gratification out of seizing devins career growth.

┌─Which of the following were used in this incident? (Check all that apply.)──────────┐
│                                                                                      │
│  ☐ Spoofed Email ☐ Similar Domain ☐ Email Intrusion                                 │
│  ☐ Other Please specify:                                                             │
│                                                                                      │
└──────────────────────────────────────────────────────────────────────────────────┘

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

┌─Other Information──────────────────────────────────────────────────────────────────┐
│ If an email was used in this incident, please provide a copy of the entire email including │
│ full email headers.                                                                   │
│ [No response provided]                                                                │
│ Are there any other witnesses or victims to this incident?                            │
│ [No response provided]                                                                │
│ If you have reported this incident to other law enforcement or government agencies,   │
│ please provide the name, phone number, email, date reported, report number, etc.      │
│ [No response provided]                                                                │
│ ☑ Check here if this an update to a previously filed complaint:                       │
└──────────────────────────────────────────────────────────────────────────────────┘

┌─Who Filed the Complaint────────────────────────────────────────────────────────────┐
│ Were you the victim in the incident described above?                                  │
│ Yes                                                                                   │
└──────────────────────────────────────────────────────────────────────────────────┘

┌─Digital Signature──────────────────────────────────────────────────────────────────┐
│                                                                                      │
│    By digitally signing this document, I affirm that the information I provided is   │
│    true and accurate to the best of my knowledge. I understand that providing false  │
│    information could make me subject to fine, imprisonment, or both. (Title 18, U.S. │
│    Code, Section 1001)                                                               │
│                                                                                      │
│ Digital Signature:                                                                   │
│ Devin Wade                                                                           │
└──────────────────────────────────────────────────────────────────────────────────┘

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***

his text only appears in the demo version. This text can be removed with the full version.

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

After making FBI ic3.gov complaint reports & USA.gov reports w/ DOD, DOJ, FBI, NSA, Trump & Obama Administration, Kamala Harris, & Fbi Terrorism Taskforces seems like FBI & DOJ silenced police reports and decideded to take my life, servicing terrorism hanging over a mans life destroying it anyway they can from Local PD & Wrongful & Illegal Arrests to illegal wiretaps{Unwarranted}[4th +5th amendment obliges would not be able to provide warrant for wiretaps / wire hacks / illegal bypass vulnerabilities ] , offline hacking, Cyber Stalking And Hacking Sites Through the backend of his CPU while stored to his Pc Memory ] just for making a making complaint report with DOD / DOJ / FBI name in it, his demography / skin tone and government fictitious hierarchy .

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other      Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

his text only appears in the demo version. This text can be removed with the full version.
hanged with the DEMO VERSION of CAD-KAS PDF-Editor (http://www.cadkas.com).

|                           |               |
|---------------------------|---------------|
| Name:                     | Devin Wade    |
| Business Name:            |               |
| Address:                  |               |
| Address (continued):      |               |
| Suite/Apt./Mail Stop:     |               |
| City:                     |               |
| Country:                  | [None]        |
| State:                    | [None]        |
| Zip Code/Route:           |               |
| Phone Number:             |               |
| Email Address:            |               |
| Website:                  |               |
| IP Address:               |               |

his text only appears in the demo version. This text can be removed with the full version.
hanged with the DEMO VERSION of CAD-KAS PDF-Editor (http://www.cadkas.com).

IC3 logo

# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

Name:
Devin Wade
Are you reporting on behalf of a business?
No
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
20 - 29
Address:
14705 Prairie Smoke Rd
Address (continued):
Suite/Apt./Mail Stop:
City:
corona
County:
Country:
United States of America
State:
California
Zip Code/Route:
92880
Phone Number:
9093064164
Email Address:
wadedevin88@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Devin Wade has been making ic3.gov / Usa.gov w/ DOD, DOJ, NSA, FBi complaint reports for over 4 years and serviced terrorism, [ violation of 1st / 4th / 5th ] for being in his PC & [ violation of 14th amendment ] for suffocation in return. he is followed, stalked online & in person, privacy invaded and hacked where programmers store to his computer PC memory to mirror and robocopy his PC & destroy intellectual property. with having taken oath, ensuring you know the compounds of your position then how would this not be terrorism if each stem of the legislative branch premeditativly all join to not out this and suffocate him instead.

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Devin Wade has made over 100+ complaint report with [ www.ic3.gov ] FBI of this, and from the first report I've been serviced Terrorism, where Investigators took Offense where they are attacking, stealing, embezzling, framing, unlawfully surveillance, impeding upon a persons right to life, with intentions of sweeping this mans life under anything they can hide this from getting Out. Devin has been defending himself for the last four years since this began, Investigators decided his intellectual property [ such as http:\\realskater.com ] was in the wrong hands and worth more then they cared of his life. These branches of Government has been sitting behind Devin Wade's life and back everyday inflicting harm, terror, suffocation, Violence, sabotage of Property and Physical Life from inputting false crimes to Background Record, to Any and everything he feel as gain. Devin Wade has physically been in defense with out a reason why others impede misfortune and destruction to his life.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other       Please specify: email and domain account seized,
                          highjacked

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Information About The Subject(s) Who Victimized You**

                          Name: Devin Wade
                 Business Name:
                       Address:
           Address (continued):
          Suite/Apt./Mail Stop:
                          City: Eastvale
                       Country: United States of America
                         State: California
              Zip Code/Route: 92880
                 Phone Number:
                 Email Address: wadedevin88@yahoo.com
                       Website: http:\\DevinWade.com
                    IP Address:

1/21/2020 Case 5:20-cv-00258-JGB-SP Document 1 Filed 02/07/20 Page 30 of 75 Page ID
Yahoo Mail - Reply from CA Attorney General's Office ; PIU #856975
#:30

## Reply from CA Attorney General's Office ; PIU #856975

From: receivedpiuauto@doj.ca.gov

To: Wadedevin88@yahoo.com

Date: Wednesday, December 4, 2019, 03:10 PM PST

Dear Devin Wade:

***DO NOT REPLY TO THIS E-MAIL*** ***Reply messages will be returned as undeliverable*** If you wish to submit additional information, please use our e-mail webform, available at: https://oag.ca.gov/consumers

Thank you for your correspondence to the Office of the Attorney General requesting that a crime be investigated and that the alleged perpetrator of the crime be prosecuted.

If you have information about a crime, please continue to work with the police or sheriff's department in the area where the crime occurred. Local law enforcement authorities are responsible for investigating violations of law within their jurisdictions. After investigating the crime, the local law enforcement authorities will forward the case to the county district attorney's office for prosecution, if appropriate. The decision whether or not to file criminal charges will then be made by the locally elected district attorney.

In regards to your complaint against the law enforcement authorities involved in this matter, please be advised that it is the Department of Justice general policy that local governments will be primarily responsible for citizen complaints against law enforcement agencies or employees of law enforcement agencies, and that appropriate local resources (sheriff or police department, district attorney, citizens review commission, and grand jury in the area of jurisdiction) be utilized for resolution of such complaints prior to a request for intervention by the Attorney General.

The Attorney General will review citizen complaints against a law enforcement agency or its employees for possible investigation when substantive allegations of unlawful conduct are made and all appropriate local resources for redress have been exhausted. However, we will not review matters that do not involve credible allegations of criminal conduct. Allegations of police misconduct that is not criminal are handled exclusively by the law enforcement agency.

You should first direct your complaint to the local law enforcement agency regardless of whether you are alleging criminal or non-criminal misconduct. Every law enforcement agency in California is required to establish a procedure to investigate citizens' complaints (Penal Code Section 832.5). A written description of the procedure is available from all law enforcement agencies. If you are alleging that a law enforcement officer committed a crime and your complaint is not resolved by your complaint to the agency, you should next contact the county district attorney in the county where the law enforcement agency is located. Most complaints against local law enforcement can be resolved by contacting the aforementioned agencies.

If these agencies do not act on your complaint within a reasonable period of time, you may write to the Attorney General's Office. Your correspondence should include specific information about misconduct that violates state law, the details of your efforts to resolve the complaint with the local authorities, copies of your complaint(s) to the local authorities and copies of their response(s). If you did not receive a written response to your complaint from either the law enforcement agency or the district attorney, you must still provide us with a copy of the correspondence you submitted to those agencies when you submitted your complaint. Requests to the Attorney General that do not contain this information cannot be acted upon.

As noted above, our office only reviews matters that involve credible allegations of criminal conduct. For your guidance, please be advised that the following matters are not considered criminal in nature: complaints about parking citations; complaints about traffic tickets; complaints about the determination of fault for vehicle accidents; complaints about rudeness or profane language; complaints that a problem reported to law enforcement has not been resolved to your satisfaction; complaints that a law enforcement agency is not dedicating enough resources to solve a crime; complaints that a law enforcement officer performed an eviction; and complaints that a law enforcement agency is refusing to release records, such as arrest reports or camera footage. If your concern pertains to any of these issues, then you should contact the law enforcement agency directly. If you are dissatisfied with their response, then we suggest that you consult with a private attorney regarding any civil remedies that may be available to you.

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 2:02 PM |
| **To:** | Xavier Becerra |
| **Subject:** | Investigators committing terrorism |

After making www.ic3.gov police report investigators came out to take my life instead after hijacking my domain names and redirecting their IP addresses. Investigators has been trying to take my life life every single day for the last 4 years.

Thank you
Devin Wade
909-306-4164
Wadedevin88@yahoo.com

1

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 8:55 PM |
| **To:** | Xavier Becerra |
| **Subject:** | Re: Investigators committing terrorism |

Hello To whom it may concern,

this Government is attempting to take my life.
I have been getting by ivestigators from FBI, DOJ, DOD, NSA after making a www.ic3.gov FBI Police Report of having an
incident. About a week after submitting a complaint report my domain name RealSkater.com, & DramaBeatz.com
highjacked, passwords of my online accounts, domain hosting, email accounts and design portfolio accounts were
changed and i was being attacked online as in person with anonymous cars following me around, random people taking
pictures and Local Police depts started harrassing me with unlawful stops which led to false arrests. I have been
approached and unlawfully arrested without a location of incident where this government sent a notice to appear in the
mail of a charge that i had any idea of. This government / investigators have been attacking me for over 5 years every
day, sabottaging all web, graphic or app development i create, download, edit or work on in my PC. if laws were upheld,
The third amendment would Prevent This and the 14th amendment would protect me of them trying to take my life. well,
Really they do not care about the constitutional amendments that this nation is structured on and in conclusion no on is
safe in there home with a government that would allow a man to be attacked by another official or rendering support to
another official to complete the mission. There are over 100 www.ic3.gov ( fbi internet crime authorities ) Police Reports
on file of this fiascal and not one Agency Member care to stop this, inform me or contact supreme court in regards of
whats going on. just nearly over 1800 days, i am still being attacked and Government Investigators are destroying all and
every File of development i produce!

thank you,
Devin Wade
909-306-4164
WadeDevin88@yahoo.com

On Nov 20, 2019 2:01 PM, wadedevin88@yahoo.com wrote:
After making www.ic3.gov police report investigators came out to take my life instead after hijacking my
domain names and redirecting their IP addresses. Investigators has been trying to take my life life every single
day for the last 4 years.

Thank you
Devin Wade
909-306-4164
Wadedevin88@yahoo.com

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 9:00 PM |
| **To:** | Xavier Becerra; Info@da.lacounty.gov; victimassistance@usdoj.gov; |
| | Jackie.Vickers@usdoj.gov; invitations@jud.ca.gov |
| **Subject:** | Terrorism / Treason / & hate crimes |

Hello To whom it may concern,

this Government is attempting to take my life.
I have been getting attacked by investigators from FBI, DOJ, DOD, NSA after making a www.ic3.gov FBI Police Report of
having an incident. About a week after submitting a complaint report my domain name RealSkater.com, &
DramaBeatz.com highjacked, passwords of my online accounts, domain hosting, email accounts and design portfolio
accounts were changed and i was being attacked online as in person with anonymous cars following me around, random
people taking pictures and Local Police depts started harrassing me with unlawful stops which led to false arrests. I have
been approached and unlawfully arrested without a location of incident where this government sent a notice to appear in
the mail of a charge that i had any idea of. This government / investigators have been attacking me for over 5 years every
day, sabottaging all web, graphic or app development i create, download, edit or work on in my PC. if laws were upheld,
The third amendment would Prevent This and the 14th amendment would protect me of them trying to take my life. well,
Really they do not care about the constitutional amendments that this nation is structured on and in conclusion no on is
safe in there home with a government that would allow a man to be attacked by another official or rendering support to
another official to complete the mission. There are over 100 www.ic3.gov ( fbi internet crime authorties ) Police Reports
on file of this fiascal and not one Agency Member care to stop this, inform me or contact supreme court in regards of
whats going on. just nearly over 1800 days, i am still being attacked and Government Investigators are destroying all and
every File of development i produce!

thank you,
Devin Wade
909-306-4164
WadeDevin88@yahoo.com

1

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 11:28 PM |
| **To:** | consulMo@state.gov; consumerinterest@ago.state.al.us; leslie.welch@azag.gov; Xavier Becerra; ashley.moody@myfloridalegal.com; Rachel@msnbc.com; karl.racine@dc.gov; aginfo@azag.gov |
| **Subject:** | Thieves, domain name highjacking and Life taking |

This government is a thief, terrorist and far against any democratic or constitutional amendment. after making www.ic3.gov & www.usa.gov complaint reports with fbi investigators came out and high-jacked the victims domain names and now everyday for the last four years attack the mans career growth and development by destroying web products and intellectual property because they choose not to uphold democracy or anything that it requires. This government has been attempting and attacking coming up with new methods of assault every day for the last four to five years. (365 x4) days straight in a row without fail just after making a complaint report.

Victim: Devin Wade
Date: November 20, 2019
Contact: 909-306-4164
WadeDevin88@yahoo.com

Case 5:20-cv-00258-JGB-SP    Document 1    Filed 02/07/20    Page 35 of 75   Page ID
#:35
1/21/2020                    Yahoo Mail - Reply from CA Attorney General's Office ; PIU #856975

Thank you again for contacting our office. We hope this information will be helpful to you.

Sincerely,

Casey Hallinan
Public Inquiry Unit

For Xavier Becerra
Attorney General

0014.pdf
133.5kB

**PIU**

---

| | |
|---|---|
| **From:** | Rosalina Harris |
| **Sent:** | Thursday, November 21, 2019 10:32 AM |
| **To:** | PIU |
| **Subject:** | Email received in AG's inbox #19-2100 (3) |
| **Attachments:** | Re: Investigators committing terrorism; Terrorism / Treason / & hate crimes; Thieves, domain name highjacking and Life taking |

Hi,

We have received this in the AG's inbox.  Please see the attachment and handle as you deem appropriate.

Thanks,

Lina Harris
Executive Assistant
**Office of the Attorney General | State of California**
1300 I Street, Sacramento, CA 95814
Office: (916) 210-6028 | Email: Rosalina.Harris@doj.ca.gov



## Access Denied

You don't have permission to access "http://www.supremecourt.gov/contact/contact_pio.aspx" on this server.

Reference #18.44c327b6.1574380774.ace937f



# Failure Notice

From:  mailer-daemon@yahoo.com

To:  wadedevin88@yahoo.com

Date:  Wednesday, November 27, 2019, 04:42 AM PST

Sorry, we were unable to deliver your message to the following address.

<president@whitehouse.gov>:
Unable to deliver message after multiple retries, giving up.

--- Below this line is a copy of the message.

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048; t=1574858495;
bh=84kvaXvkWZeUw/TQ16O2Z3b3lyvuASXNEcGanJsp8DQ=; h=Date:From:To:Subject:References:From:Subject;
b=OZ6u/+/T2qs1Qkzar2Xll9URFoMKKwYCVf5akvsAjnp8Wx0axVJ+KXFC/ZHmwO2mTAP3RamjtIPGyzQs7MO+z39v+l
vHO3WUvjNsG2RG+dvrgqYgqvL/XcXBkd5PJzF1k6x1c8gOlo7RkUvbgnXTljf+0aOu9aQ1vilFC0DI4pYTrYkpQPgTzjflpx
Hm+f0TR631BDVwsLusAFXaipp2SUsCr9aE0CQTOr6x+9+qLZ00X2eJSVVq4CLw3FQndNDiSAX0+WawgVWtMhoulyo
UTnaaKoZfoCHn8F1SkOzICARjwuMp/NC/SJX8uemASBdAmEdbyYQERHV/rBadEPp2Kw==
X-YMail-OSG: nMwCs_0VM1kWKU6kodfFl43BnQiLjiT.0hwan5PK7FxcgAli7LhjIxV1LccnkmW
s6B6ErVrNktspOFwdjRzDanwEROGQoObjKqhH3LlRmaKLgiYxWdrWoTm4EoK3DGeUpzg95XYcpj8
DpaQdJXEZOCAAEUPa_24I46FgyoOlNFCB34ZmiH2axBafqXaActHhmbTJKjkBk0oKdTktL.TFnUM
Y.VDLSYk65x1zshtzN.U9jirMNYvs_FAgQNlFL7eP0qaAKEdX0YeDyw_3JbKpgk_UnlVF2CETN6R
JL.yPFMyd3GH3_MPQrCcr2y3uVN00PdlhRTlSMVdu.KbSmrEF3QuWE0hgGbS8HquMiAenO3SdXiM
t1Fkp2ZK4MuLch3u0fz.UfIK.KeQOQ.ERzepcigwMl4v5rm.YMkCMCrR5Hv69MsjPcxLSeokdjKU
TuVRFULbBwTe0rBNhU8MOZ0RFAl8t5s25f3yhM6QfOb3J8CdRFzmcmdWaFbOfgi5j98KEvP4yx8P
VeiyMgTREJBAjyFnD2bo0n6MpcAE_8mYti9vD9swTbtNjqymuF070mJWxNgSqL2a1167jqDEtkSI
y6tF1G9Em.lWjHJapYc3URhY2ACYNCh8Z1GtV3TthnipkIN4qRWUJ0laOnJ7efV4Guyc_743KBUk
Q_2CewiQ7qM4KhZDd2MidwbR2vybh3jH8xzhymYP_ITTDwXmjZ.X8tr6pDVcwBSKBYAgSS_5eHgs
pBy6CQOq0uU1i3Ztx0Cf6D9d3TcuRRBh9ksUMiqsEZgFFPilWcAy.8dO91.rFv8O5IoxjLyvR6Gj
tKvlq_v6ay6brnGMPBMKO1q6__ca9msiSEx1Y2uXyvhOJybdO2TJFtn3UDugNl9eKm5SUFjX78Aj
9XPF5C6l0LECyBVD8FdFkQEoTE8Li1PDltTddPpfGwM5jBrr9SvaVyU.RIoaRF1_WsZO8TltKXvD
V1qTwq7PRYNK0WkOJLRdTA.EnczxxtcZOPkKd.z8FoM6rwV.x5TrnAbENpg2mE8CsnzuEeWP4_BY
SutHOZjESf4Bmj44oNDzkBz9tVWhh.vY4ebz1ULbay2DYUhfzqagW0s8OkchpelwezGa1FRuqN.n
2or71DXDFBGDbDiGyWLJ8r22eTLo9GOi8UNYQba8cKh4k3.SHBszaii2mnrrl6b9YkOE0lTXlB3Y
XfT.voNiIIDGG_zM9h6fyF0BVVuzPf9VpbGiAIP.KqLAmZXdQ3zFcA.QaSkipS4zBfZ.VJ0Anchy
UgCEC6OC6AQlhs3JdMxtdg3QHEj98HzExnVdnJ5.NqYdTRnzf115XgqUL1ufJxkdW8L8lEvpqJ9Y
S8_JY0bSNu6V6eG68lspacR2FDK5QgN32DmqaR4E35tJD
Received: from sonic.gate.mail.ne1.yahoo.com by sonic306.consmr.mail.bf2.yahoo.com with HTTP; Wed, 27 Nov 2019
12:41:35 +0000
Date: Wed, 27 Nov 2019 09:33:59 +0000 (UTC)
From: Devin Wade <wadedevin88@yahoo.com>
To: "president@whitehouse.gov" <president@whitehouse.gov>
Message-ID: <571040330.3901656.1574847239834@mail.yahoo.com>
Subject: 2019 Government Recap of past Years resolutions [ 'poisoning
victims, domain name high-jacking after report, &Finish his life off by
purgingHisLife ]
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_Part_3901655_1070388106.1574847239832"
References: <571040330.3901656.1574847239834.ref@mail.yahoo.com>
X-Mailer: WebService/1.1.14728 YMailNorrin Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/67.0.3396.62 Safari/537.36
Content-Length: 15395

------=_Part_3901655_1070388106.1574847239832
Content-Type: text/plain; charset=UTF-8

more corrupt. What ever we plant in our garden grow. Why show the nation t=
hat this government is far more a Liability, with far too much freedom to c=
ommit crimes, where investigators should have an echo spot in front of them=
recording themselves, actions during investigation, automatic relay to jud=
iciary commitee even while someone exempt and immune from unconstutional de=
mocracy, pretty much show the bill payers you have hate for them, at the sa=
metime extremely exploting cyber vulnerabilities to the point I see Nationa=
l security is in deep jeopardy where computer corps are making hacking devi=
ces: Ubuntu and Microsoft: supporting the accesability by variabling termin=
al server ($(_NAME)), and enabling the remote connection of your memory and=
PC through easy RSA signature verification, auto certification Policies, a=
nd all System32 Software geared to giving out the users comp information, a=
nd upholding the inability to remove the permissions of the $Ntfs, view or =
delete them, and using registry CLSID \ and %pci% variabling to hide the id=
entity of remote computers.
from ( 'national Exploitation of Security', to 'Cyber Security Vulnerabilit=
ies' ), its funny we hold Ego when our democracy is flemsy, and our [fiscal=
]Security can be in anyones hands as if the computers do not relay, and if =
they did, we have corrupt crime defense system, aswell as our nations banki=
ng system (A. have a terminal server, B. on a Microsft Operating System, C.=
multiboot mbr NTFS bootPartition D. Unix based shell, rendering User not a=
ble to verify or unvalidate Addresses \ RegStrings or Commands stroed to Sh=
ell giving WinNT easy Accessibility, and the ability to be accessed, shell =
stored toon Remotely overtooken by remote \ hacking OS, and connected to fr=
om anywhere anytime OFFLINE and ONLINE rendering this is a vulnerabilty Box=
or a 'hacking Device', the Reality is that this government is corrupt, whe=
re putting everyones financial securities on a Hacking\Easily Accessed \Acc=
esible Machine, and the actual severity of this matter and constantly overl=
ooked { is What do we do if someone duplicates or manufacture their own cod=
e to Create / Add money or wish to blackball and\or Throw Off the banks cou=
nt \or [ to search, Sift, Monitor, create a system to return or retrieve=C2=
=A0 and make transactions ].=C2=A0
So along with government Hoisting & Holding A persons Life Hostag years att=
acking him due to the fact that you guys a corrupt and steal your citizens =
property and wish to fuck them out of life any way Government can either th=
rough a Eric Garner choke hold or all of Government even Supreme Court deny=
ing a man life through leaving an unconstitutional terrorist attack force t=
o obliterate and supress his outreach.=C2=A0


------=_Part_3901655_1070388106.1574847239832
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

<html><head></head><body><div class=3D"yahoo-style-wrap" style=3D"font-fami=
ly:Helvetica Neue, Helvetica, Arial, sans-serif;font-size:13px;"><div dir=
=3D"ltr" data-setdir=3D"false"><div><div>to whom it May Concern,</div><div>=
<br></div><div dir=3D"ltr" data-setdir=3D"false">every single day after mak=
ing a crime complaint report with democratic constitution yielded investiga=
ting agencies i turn to having to defend my life for safety, prosperity, pr=
ogression, [ LIFE ] itself!</div><div dir=3D"ltr" data-setdir=3D"false">fun=
niest thing, individuals \ investigators look on as if they are Hoisted on =
a clemency Pardon cloud  dangling freedom immunities over me.</div><di=
v dir=3D"ltr" data-setdir=3D"false"><br></div><div dir=3D"ltr" data-setdir=
=3D"false">person to person! would you want a man to grabbing your but. wou=
ld you want a man to force him in yourself or personal space?</div><div dir=
=3D"ltr" data-setdir=3D"false">no matter what the circumstance was, you wou=
ld not want any of that. So due to a job position that everyone and anyone =
in america has to uphold to provide for the lives we secure, why do [ WE LO=
OK down AT our own WORKING CITIZENS ],then deciding to poison a unknowing, =
Innocent, and attack him as if he done something unforgivable to one of you=
r family members.</div><div dir=3D"ltr" data-setdir=3D"false"><br></div><di=
v dir=3D"ltr" data-setdir=3D"false">over the last four to 5 years: <br=

3/5

></div><div>I want to first, start off and ask how do we view ourselves, ou=
r value as a government employee, individual, or as someone signing their l=
ives to defend americn citizens, democracy, constitutional rights yielded b=
y this very Nation. These amenity this constitution yields actually have be=
en required each citizen must have for over 1000 years, since before you ap=
plied for the position, so I do not see whom can influence you to go agains=
t them unless your promoting racism, or the impedance of your conflicted ra=
cial perspective while strengthening your inability to secure the protectio=
n of Lives that you oathed to defend. </div><div>I Understand that i a=
m battling racism at its finest, the fucked up thing is that your far to bu=
sy deminishing lives then to focus on the security of the people and how we=
can better lives 'For or That Reside' in this nation. this Government is s=
o far off democracy Requisits that they put  citizens lives in jeopard=
y and makes this unsafe living for the citizens of America. No where in the=
constitutional amendments or the text context should a person have to fear=
the loss of life under any circumstances either geting pulled over or just=
by making a simple Police Report with one of the branches agencies. I shou=
ld never have to fear for my life being taken by MY NATIONS government offi=
cials, especially when on US soil, or immunities provided by the constituti=
on.  </div><div>actually,</div><div>I really see that this govern=
ment doesnt give a fuck about any constitutional right, immunities, citizen=
rights, basically disappointed that african americans are upheld by the co=
nstitution providing but not ensuring them equality or immunites from corru=
pt and/or illegal diligence, procedures and methods. Each law have been wri=
tten and yielded by this democratic infrastructure for over 1000 years, so =
this shows they choose to to view African Americans as equal or give africa=
n americans right, equaslity or justice. This incident really has been goin=
g on for too long, aswell as i see that we will have to fight for the small=
est step to ensure the peoples right to life as if you do not enjoy the ple=
asures of freedom and privacy yourself but "the white_P[Man] would take rea=
p, rape &amp; raputure a citizens Life for his intellectual property while =
making Oath promise Pacts knowing damn well they wouldn't, couldn't and not=
have the internal integrity uphold One Constitutional Paragragh out of 27 =
of the 27 amendment.</div><div>so why oath Pact your life? </div><div>=
<br></div><div>funnything, I really see that this government will never be =
better then this due to the reasoning, promotion, support, persistance of t=
he Oath Pscters encouraging this law be [ 'mocked as If it was a child in M=
iddle School whom barber cut a patch in the middle of his Head' ], honestly=
the people would be safer if we do not Oath Our Life to democracy or inves=
tigate. AS PERFECT EXAMPLE: one Name( Eric Garner ), killed for nothing, if=
'Cigarettes' or 'selling them illegally' shows you love to opress the peop=
le as selling Cigarettes is a equal to High-jacking a mans domain name, fol=
lowing him through life just to plot another attack, or deprive him from Li=
fe or Living day to day against constitutional requirements.</div><div><br>=
</div><div>question: 'is The Constitution Required to govern the people?';<=
/div><div>then why do we pick and choose whom deserve rights, Im tired of c=
orrupt, it only breeds more corrupt. What ever we plant in our garden grow.=
Why show the nation that this government is far more a Liability, with far=
too much freedom to commit crimes, where investigators should have an echo=
spot in front of them recording themselves, actions during investigation, =
automatic relay to judiciary commitee even while someone exempt and immune =
from unconstutional democracy, pretty much show the bill payers you have ha=
te for them, at the sametime extremely exploting cyber vulnerabilities to t=
he point I see National security is in deep jeopardy where computer corps a=
re making hacking devices: Ubuntu and Microsoft: supporting the accesabilit=
y by variabling terminal server ($(_NAME)), and enabling the remote connect=
ion of your memory and PC through easy RSA signature verification, auto cer=
tification Policies, and all System32 Software geared to giving out the use=
rs comp information, and upholding the inability to remove the permissions =
of the $Ntfs, view or delete them, and using registry CLSID \ and %pci% var=
iabling to hide the identity of remote computers.</div><div><br></div><div>=
from ( 'national Exploitation of Security', to 'Cyber Security Vulnerabilit=

| Booking No. | M0334|197 | **San Bernardino County Sheriff's Department** | DR/Case No. | 16 08933 |
|---|---|---|---|---|
| Date/Time Booked | 3/12/19 19 27 | | Arresting Agency | CHINO POLICE |
| SSN | | **ARREST/BOOKING APPLICATION** | Date of Arrest | 03/12/19 |
| DL/ID No. | D6866669   State CA | | Time of Arrest | 1336 |

| Name: Last | First | Middle | Aka or Maiden Name |
|---|---|---|---|
| WADE | DEVIN | KYLE | |

| Sex | DOB | Age | Ht | Wt | Hair | Eyes | Race | Place of Birth | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|
| M | 07-20-88 | | 5'9 | 155 | BLK | BRO | B | LOS ANGELES | US |

Arrested with:

Associated DR#:

| Address:  No. and Street | City | State | Zip | Phone – Home & Cell |
|---|---|---|---|---|
| 14705 PRAIRIE SMOKE RD | EASTVALE | CA | 92880 | |

| Spouse/Domestic Partner | Home Phone | Cell Phone |
|---|---|---|

| Employer: | Employer Address | Employer Phone | Type of Job |
|---|---|---|---|

Clothing Description
BLK HAT / BLK T-SHIRT JEANS

| Are you out on Bail?  ☐ Yes  ☑ No  OR Release? ☐ Yes  ☑ No | Name of Parole or Probation Officer | PO's Office/Address | PO's Phone |
|---|---|---|---|

Place of Arrest
SCHLEISMAN / GYPSUM CREEK

Location of Vehicle
N/A

| License No. of vehicle | Make | Model | Color |
|---|---|---|---|

**BOOKING CHARGES**

ARREST TYPE:    S = On Site    W = Warrant    H = Hold    C = Citizen    O = Other

| Type | Charges | M/F | Definition | Court | Warrant # | Bail |
|---|---|---|---|---|---|---|
| O | PC 459 | F | BURGLARY | RCSUP | | |
| O | PC 594(A)(2) | F | VANDALISM | RCSUP | | |
| | | | | | | |
| | | | | | | |

| Other Agency hold (O/C, FUG, INS, etc.) | Agency/Jurisdiction | Code Section | Warrant No. |
|---|---|---|---|

| Any injuries or illnesses?  ☐ Yes  ☑ No | Any required medications? ☐ Yes  ☑ No | If yes to either, explain on Medical Screening/Receiving form |
|---|---|---|

| Medical Examination Prior to Booking?  ☐ Yes  ☑ No | Hospital where treated | If yes, attach Hospital/Clinic Referral |
|---|---|---|

Fought with Law Enforcement?  ☐ Yes  ☑ No    Fought with other than Law Enforcement? ☐ Yes  ☑ No    Use of Force ☐ LVNR   ☐ Taser   ☐ OC   ☐ ASP   Time: _____
Rendered unconscious? ☐ Yes  ☐ No

## Special Instructions and Mandatory Information

| **Emergency Notification** | | **TATTOOS/SCARS:** DESCRIPTION (indicate any gang tattoos) | |
|---|---|---|---|
| Name/Relationship  LORI JACKSON / MOM   Home & Cell Phone  (75)212-1698 | | CHEST | |
| Address  UNK | | BACK | |
| Name/Relationship | Home & Cell Phone | NECK | |
| Address | | HEAD | |
| Amount of Money  $  0 | | FACE | |
| Arresting/Transporting Officer signature | | R ARM | |
| Additional Comments | | L ARM   ROSE ON BICEP | |
| | | R LEG | |
| Arresting Officer  RANDALL #2606 | | L LEG | |
| Transporting Officer  CARRINO #3407 | | BIRTHMARK | |
| Agency  CHINO POLICE | | OTHER | |
| 24-hour Agency or Investigating Officer Contact Phone No. (Required for all arrests re:High Profile release notification) | | | |
| Marsy's Law Notification / Agency | | Agency & 24 hr Phone # | |
| Agency Contact Time and Date | Who was contacted? | By whom: | |

REV. 06/11    15-6554-401 Rev. 7/11

Warrant Number:
RASW190571

# SUPERIOR COURT OF CALIFORNIA
## County of San Bernardino

### SEARCH WARRANT
#### (BUCCAL SWAB OR BLOOD SAMPLE)


FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

MAR 12 2019

The Great Seal

**THE PEOPLE OF THE STATE OF CALIFORNIA:**
To any Peace Officer in the County of San Bernardino    BY _[signature]_
SANDRA PORTILLO, DEPUTY

**ORDER:** Proof, by affidavit, under penalty of perjury, having been this day made before me by **Detective C. Randall** of the Chino Police Department, that there is probable cause for believing that the property described herein may be found at the location set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X"(s) in that:

- ☐ It was stolen or embezzled.
- ☐ It was used as the means of committing a felony.
- ☐ It is possessed by a person with the intent to use it as means of committing a public offense or possessed by another to whom he or she may have delivered it for the purpose of concealing or preventing its discovery.
- ☒ It tends to show that a felony has been committed, or tends to show that a particular person has committed a felony.
- ☐ There is a warrant to arrest the person.

**YOU ARE THEREFORE COMMANDED TO SEARCH:** .

| PERSON TO BE SEARCHED | | | | | |
|---|---|---|---|---|---|
| Name: Devin Kyle Wade | | | | | DOB: 07/20/1988 |
| Sex: M | Race: B | Height: 5-9 | Weight: 155 | Hair: BLACK | Eyes: BROWN |
| Driver's License: D6866669 | | State: CA | | CII: 27847022 | FBI: 678296NC4 |
| Registered Address: 14705 Prairie Smoke Road, Eastvale CA 92880 | | | | | |
| Scars/Marks/Tattoos: Rose on left bicep | | | | | |

**FOR THE FOLLOWING PROPERTY:**
Saliva and/or blood sample for reference sample in DNA testing.

**AND THE COURT AUTHORIZES TO SEIZE IT AND OBTAIN AN ORAL "BUCCAL SWAB" OR BLOOD SAMPLE IN A MEDICALLY APPROVED MANNER WITH REASONABLE FORCE IF PARTY WILL NOT COMPLY WITH A VOLUNTARY SAMPLE** to this search warrant and bring it / them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me on this 12 TH day of MARCH , 2019 , at 239 A.M. (P.M.) Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.    NIGHT SERVICE REQUESTED: ☒ YES    ☐ NO

_Night service denied._

**3.12.19**
_____
**Date and Time Warrant Issued**

_[signature]_
**Judge of the San Bernardino County Superior Court State of California**

Apolod.

Chino Case #: CH16-08923

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

505 S. BUENA VISTA RM. 201
CORONA, CA 92882

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 24 2016

AM
AUG 2 5 2016
R

PEOPLE OF THE STATE OF CALIFORNIA

VS

Defendant:    DEVIN KYLE WADE

**DECISION AND NOTICE OF DECISION**
(Trial by Written Declaration in Absentia - Vehicle Code 40903)

CITATION NUMBER: 427095

CASE NUMBER: 427095DW

Vehicle Code section 40903 states that any person who fails to appear as provided by law may be deemed to have selected to have a Trial by Written Declaration upon any alleged infraction, as charged by the citing officer.

**1.** You received the above referenced citation on 03/19/16 from Riverside Sheriff - Eastvale for the violations listed below. The court notified you that you must take action to resolve the citation. You failed to do so, and a Trial by Written Declaration in Absentia was held with the outcome listed below.

**2. THE COURT FINDS** the defendant

a. Violation #1    26710 VC-INF,    ☐ Not guilty    ☑ Guilty. Fine imposed: $207.00
b. Violation #2    ☐ Not guilty    ☐ Guilty. Fine imposed:
c. Violation #3    ☐ Not guilty    ☐ Guilty. Fine imposed:
d. Violation #4    ☐ Not guilty    ☐ Guilty. Fine imposed:
e. Violation #5    ☐ Not guilty    ☐ Guilty. Fine imposed:
f. Violation #6    ☐ Not guilty    ☐ Guilty. Fine imposed:
g. Violation #7    ☐ Not guilty    ☐ Guilty. Fine imposed:

1214.1 PC Failure to Appear - Civil Assessment    ☑ Fine imposed:    $300.00

**3. THE COURT ORDERS** defendant shall pay the following amount:

TOTAL AMOUNT OWED: $  507.00    TO BE PAID BY (date): OCT 1 1 2016

**4.** The court's decision was entered on:

Date: 07/29/16

JUDICIAL OFFICER

**NOTE:** If there is a guilty finding, the conviction is reported to the DMV and you are notified of the disposition of the case. You have twenty (20) calendar days after the date of mailing to file a request for a trial de novo and post full bail (full bail is the total amount owed). If the request for new trial and full bail is received timely, a trial date will be set within forty-five (45) calendar days. If there is no timely request for a trial de novo and the amount owed is not paid by the due date, the court will refer the matter for collection.

IF YOU WISH TO REQUEST A NEW TRIAL, YOU MUST SUBMIT A *REQUEST FOR NEW TRIAL* (*TRIAL DE NOVO*) (FORM TR-220) WITHIN 20 DAYS OF THE DATE STATED IN ITEM 2 OF THE CLERK'S CERTIFICATE OF MAILING (see reverse).

DECISION AND NOTICE OF DECISION
Trial by Written Declaration in Absentia

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNI
COUNTY OF SAN BERNARDINO
08/30/2017    R4
BY:  Luna, Celia
DEPUTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
### RANCHO CUCAMONGA DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) | |
| ) | COURT CASE NUMBER: MWV17021827 |
| Plaintiff ) | |
| ) | |
| vs. ) | MISDEMEANOR COMPLAINT |
| ) | |
| Devin Kyle Wade , ) | |
| aka Devin Wade, ) | |
| aka Kyle Devin Wade, ) | DA CASE NO  2017-00-0028700 |
| aka Devin K Wake ) | |
| ) | |
| Defendant ) | |

The undersigned is informed and believes that:

### COUNT 1

On or about March 3, 2017, in the above named judicial district, the crime of AGGRAVATED TRESPASS, in violation of PENAL CODE SECTION 602.5(b), a misdemeanor, was committed by Devin Kyle Wade, who did , without consent of the owner, owner's agent and the person in lawful possession thereof, unlawfully enter and remain in a noncommercial dwelling house, apartment and other residential place while a resident and another authorized person was present.

*****

### COUNT 2

On or about March 3, 2017, in the above named judicial district, the crime of BATTERY, in violation of PENAL CODE SECTION 242, a misdemeanor, was committed by Devin Kyle Wade, who did willfully and unlawfully use force and violence upon the person of Stephen Charles Girard .

*****

Page 1

Complaint    DA CASE NO: 2017-00-0028700

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
BOOKING RECORD

# INMATE COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| Booking Number: | **1903341197** | Supl: | **A** | Booking Station: | **WEST VALLEY D.C.** | |
| Name (Last, First Mid): | **WADE, DEVIN KYLE** | | | Booking Type: | **Sheriff Automated Warrant** | |
| ID: **BMA** DOB: | **07/20/1988** Age: **30** | Height: | **509** | Weight: **155** | Hair: **MUL** Eyes: **BRO** | |
| D/L: | SSN: | | | | | |
| Scars/Marks/Tattoos: | | | | | | |

Charge(s):
**PC242**          **BATTERY ON PERSON**
**PC602.5(B)**     **ENT NONCOM DWELL:INCIDENT**

Court:   **RANCHO SUPERIO**          Bail:   **100000.00**          Warr/File Number:   **MWV17021827**

| | | |
|---|---|---|
| Arrest Address: | **SCHREISMAN X GYPSUM CREEK** | Arrest Agency:   **CHINO PD** |
| Vehicle Location: | | Arrest Officer: |
| Booking Officer: | | Trans Officer: |

Intake Date/Time:  **03/12/2019 14:27**          Booking Date/Time:  **03/12/2019 14:32**

I acknowledge I have the right to make three (3) completed telephone calls. Calls outside the local area must be collect or at my expense. I have been advised there is a telephone located in the booking cell for my use.

I acknowledge I have received a copy of the Inmate Rules and Regulations.

I acknowledge that I was advised of my charges.          X _____
                                                         Prisoner's Signature When Booked

Cash Out: _____

Release Date: _____   Time: _____          X _____
                                                         Prisoner's Signature for Remaining Cash & Property
Reason For Release: _____

Released By: _____                            X _____
                                                         Prisoner's Signature When Released
Released To: _____

| RIGHT THUMB PRINT (WHEN BOOKED) | RIGHT THUMB PRINT (WHEN RELEASED) |
|---|---|
| | |

Jail Information Management System                                              03/12/2019 18:35

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

| THE PEOPLE OF THE STATE OF CALIFORNIA | DISTRICT | PLEA BARGAIN AGREEMENT |
|---|---|---|
| Plaintiff, | ☐ Joshua Tree | Case No. _____ |
| VS. | ☐ Rancho Cucamonga | Charges _____ |
| Name _____ | ☐ San Bernardino | Date _____ |
| A.K.A. _____ | ☐ Victorville | Judge _____ |
| D.O.B. _____ | | |

**PLEA:** The Defendant pleads guilty/nolo contendere to _____

☐ LIO as to count _____ ☐ added as count _____

☐ People amend DUI charge in count ____ to a Wet Reckless violation of CVC 23103/23103.5(a)-(f).

**TERMS OF PLEA:**   ☐ Probation   ☑ Terminal Disposition

☐ Pronouncement of judgment withheld and conditional and revocable release granted for a period of ____ months with the following terms and conditions: **Violate no law**

☐ Fines/Restitution:   ☐ Pay a fine of $ _____ includes BASE fine +PA, ☐ including Payment Plan Fee of $35

☐ Pay a minimum Victim Restitution Fine (inc. adm. Fee) of $165.00, per PC § 1202.4, and the same amount for the Probation Revocation Restitution Fine (minus adm. Fee) but stayed pursuant to PC § 1202.44

☐ Pay $70 /($74 for any VC offense) for each additional convicted **Misdemeanor** violation for Court Security and Criminal Conviction Assessment fees. [ Convicted counts: ____ X $70 / $74 = Subtotal $ _____

☐ Pay $75 /($79 for any VC offense) for each additional convicted **Infraction** violation for Court Security and Criminal Conviction Assessment fees. [ Convicted counts: ____ X $75 / $79 = Subtotal $ _____

    ☐ Pay $50 plus PA for CLAF (per H&S 11372.5) and $100 plus PA for DPF ( H&S 11372.7) [for all drug charges]

    ☐ Pay $10 plus PA for CP per PC §1202.5 for each conviction of PC §§ 484, 487, 488, 459, 470, 594.

    ☐ Pay Domestic Violence Fund $ _____ ☐ Battered Women's Shelter Fund $ _____ (PC 1203.097)

    ☐ Pay Restitution to the Victim in the amount of $ _____ and a 15% administrative fee of $ _____

    ☐ Pay $25 ☐ Pay $10 Administrative Screening Fee (P.C. 1463.07) Total Fee $ _____

Total $ _____ ** Payment terms: $ _____ or more per month beginning _____
or in full by _____ to the Court. Mail payments to Central Mail Box 15005, San Bernardino,
CA 92415**PLUS Pay Appointed Counsel Fees in the amount of $157 by _____ unless *after evaluation the County Financial Officer or Court reduces the amount based on an inability to pay. Please see Notice on reverse side.*

☐ In lieu of ☐ entire fine ☐ partial fine amount _____, serve _____ days in county jail or ☐ complete _____ hours of community service and show proof of completion by _____ to the Court.

☐ **Attend and Complete:**

    ☐ Alcohol 1ˢᵗ Offender (AB541) ☐ Nine Month ☐ Alcohol Multi-Offender (SB38) ☐ Wet Reckless

    ☐ Parenting ☐ 52-Week Batterer's Treatment ____ weeks ☐ Anger Management ____ weeks ☐ Traffic School

    ☐ 52-Week Child Abuse Prevention Program ☐ Other _____

Proof of Enrollment filed with the Court by _____ Proof of Completion filed with the Court by _____

☐ Not drive a motor vehicle unless properly licensed and insured according to California Law.

☐ Not drive a motor vehicle with any measurable amount of alcohol in your system.

☐ Submit to a blood /breath alcohol test upon request of arresting officer.

☐ Jail term: Serve _____ days, minus credit for actual days served: _____ plus 4019 credits.

    Balance: ☐ Straight ☐ Electronic Monitoring ☐ Work Release Program—Defendant to appear at Glen Helen Rehabilitation Center by _____ and comply with all the rules and regulations of the Sheriff and complete by _____. ☐ Defendant to Surrender on _____ at _____ in Dept. _____

☐ Submit to search of your residence, your person and your property upon the request of a peace officer.

☐ Stay away from _____

☐ Do not harass, annoy, threaten, stalk, sexually abuse, or commit further acts of violence against victim.

☐ Comply with all court protective orders obtained by victim.

OTHER _____

☐ Dismiss remaining counts ☐ and _____

☐ Hearing Re: _____ at _____ am/pm in Dept _____

I consent and agree to the terms of the PLEA BARGAIN and to the entry of same in the minutes of said court, and acknowledge receipt of a copy of this document, including the notice regarding reimbursement of appointed counsel fees on the reverse side of this form. I realize that a willful violation of the terms of this agreement may be a misdemeanor and therefore subject to the issuance of a bench

☐ ......restitution fine (minus adm. fee) but stays...... to PC § 1202.44.
☐ Criminal Conviction Assessment fees. [ Convicted counts: _____ X $70 . $74 = Subtotal $ _____
☐ Pay $75 /($79 for any VC offense) for each additional convicted **Infraction** violation for Court Security and
   Criminal Conviction Assessment fees. [ Convicted counts: _____ X $75 / $79 = Subtotal $ _____
   ☐ Pay $50 plus PA for CLAF (per H&S 11372.5) *and* $10 plus PA for DPF ( H&S 11372.7) [for all drug charges]
   ☐ Pay $10 plus PA for CP per PC §1202.5 for each conviction of PC §§ 484, 487, 488, 459, 470, 594.
   ☐ Pay Domestic Violence Fund $ _____ ☐ Battered Women's Shelter Fund $ _____ (PC 1203.097)
   ☐ Pay Restitution to the Victim in the amount of $ _____ and a 15% administrative fee of $ _____
   ☐ Pay $25 ☐ Pay $10 Administrative Screening Fee (P.C. 1463.07) Total Fee $ _____

Total $ _____ ** Payment terms: $ _____ or more per month beginning _____
or in full by _____ to the Court. Mail payments to Central Mail Box 15005, San Bernardino,
CA 92415**PLUS Pay Appointed Counsel Fees in the amount of $157 by _____ unless *after evaluation the*
*County Financial Officer or Court reduces the amount based on an inability to pay. Please see Notice on reverse side.*
☐ In lieu of ☐ entire fine ☐ partial fine amount _____, serve _____ days in county jail or ☐ complete _____
hours of community service and show proof of completion by _____ to the Court.
☐ **Attend and Complete:** _____
   ☐ Alcohol 1st Offender (AB541) ☐ Nine Month ☐ Alcohol Multi-Offender (SB38) ☐ Wet Reckless
   ☐ Parenting ☐ 52-Week Batterer's Treatment ____ weeks ☐ Anger Management ____ weeks ☐ Traffic School
   ☐ 52-Week Child Abuse Prevention Program ☐ Other _____
Proof of Enrollment filed with the Court by _____ Proof of Completion filed with the Court by _____
☐ Not drive a motor vehicle unless properly licensed and insured according to California Law.
☐ Not drive a motor vehicle with any measurable amount of alcohol in your system.
☐ Submit to a blood /breath alcohol test upon request of arresting officer.
☐ Jail term: Serve _____ days, minus credit for actual days served: _____ plus 4019 credits.
   Balance: ☐ Straight ☐ Electronic Monitoring ☐ Work Release Program—Defendant to appear at Glen
   Helen Rehabilitation Center by _____ and comply with all the rules and regulations of the Sheriff and
   complete by _____. ☐ Defendant to Surrender on _____ at _____ in Dept. _____
☐ Submit to search of your residence, your person and your property upon the request of a peace officer.
☐ Stay away from _____
☐ Do not harass, annoy, threaten, stalk, sexually abuse, or commit further acts of violence against victim.
☐ Comply with all court protective orders obtained by victim.
OTHER _____
☐ Dismiss remaining counts ☐ and _____
☐ Hearing Re: _____ at _____ am/pm in Dept _____
I consent and agree to the terms of the PLEA BARGAIN and to the entry of same in the minutes of said court, and acknowledge receipt
of a copy of this document, including the notice regarding reimbursement of appointed counsel fees on the reverse side of this form. I
realize that a willful violation of the terms of this agreement may be a misdemeanor and therefore subject to the issuance of a bench
warrant for my arrest and further penalties.
Dated _____

                          District Attorney

                    By: _____

_____               _____
Attorney for Defendant/Print Name     Deputy District Attorney/Print Name

_____               _____
Attorney for Defendant/Signature      Deputy District Attorney/Signature
                                **IT IS SO ORDERED**

_____               _____
Defendant                         Judge

Interpreter: I declare under penalty of perjury that I have translated this form to the above-named defendant in the
_____ language.

_____   _____   _____
    Date                Printed Name           Interpreter's Signature

Rev. 10/17 (CRIM/TRAF) 13-11834  **DISTRIBUTION WHITE**-Court  **CANARY**-District Attorney  **PINK**-Defendant  **GOLDENROD**-Defendant's Attorney

# Criminal and Offense History

*NOTE:* This section identifies public records appearing to belong to the subject, based on identifiers provided by the requesting company and matching the public record, each being identified below. — indicates no data. Sentencing information (e.g. probation, fines, etc.) are amounts sentenced, and do not indicate amounts served or paid.

| JURISDICTION SEARCHED | NAME SEARCHED | SEARCH PERIOD |
|---|---|---|
| Riverside County, CA (FELONY AND MISDEMEANOR) | WADE, DEVIN K | 2011 to 2018 |

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| RIM1713155 | DEVIN KYLE WADE | See record below | Name AND DOB - Full |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | FAILURE TO APPEAR ON WRITTEN PROMISE | Misdemeanor | 06/27/2017 | 11/09/2017 | --- | --- | 97727164-4TS9FGWA |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

Additional Information:                     WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | PETTY THEFT | Misdemeanor | 06/27/2017 | 11/09/2017 | --- | --- | 97727164-RC39K1PO |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

Additional Information:                     WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| RIM1705294 | DEVIN KYLE WADE | See record below | Name AND DOB - Full |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | FAILURE TO APPEAR ON WRITTEN PROMISE | Misdemeanor | 03/09/2017 | 06/14/2017 | --- | --- | 97849170-7U0ER9PV |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|

| Additional Information: | | | | WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD | | | |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | TRESPASSING ON REAL PROPERTY WITHOUT CONSENT | Misdemeanor | 03/09/2017 | 06/14/2017 | --- | --- | 97849170-HMRIDTFR |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

| Additional Information: | | | | WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD | | | |

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| RIM1617305 | DEVIN KYLE WADE | See record below | Name AND DOB - Full |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | PETTY THEFT | Misdemeanor | 09/24/2016 | 11/18/2016 | --- | --- | 97849171-0KTKNNXS |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

| Additional Information: | | | | WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD | | | |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | FAILURE TO APPEAR ON WRITTEN PROMISE | Misdemeanor | 09/24/2016 | 11/18/2016 | --- | --- | 97849171-P3JAI0K8 |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

| Additional Information: | | | | WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD | | | |

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| RIM1612178 | DEVIN KYLE WADE | See record below | Name AND DOB - Full |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS ID # |
|---|---|---|---|---|---|---|---|
| PENDING | POSSESS CONTROLLED SUBSTANCES | Misdemeanor | 06/05/2016 | 08/12/2016 | --- | --- | 97849172-RTBFVA8K |

| Probation | Fines $ | Court | Jail Time | Prison | Suspension | Next Court |

| | | Costs $ | | | Time | Time | Date |
|---|---|---|---|---|---|---|---|
| --- | --- | --- | --- | | --- | --- | --- |

**Additional Information:** WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS # |
|---|---|---|---|---|---|---|---|
| PENDING | FAILURE TO APPEAR ON WRITTEN PROMISE | Misdemeanor | 06/05/2016 | 08/12/2016 | --- | --- | 97849172-TRDMF7CD |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

**Additional Information:** WARRANT ISSUED ON 04/24/2018 / STILL ACTIVE AS OF 09/20/2018 / PLEASE NOTE MIDDLE NAME ON RECORD

| JURISDICTION SEARCHED | NAME SEARCHED | SEARCH PERIOD |
|---|---|---|
| San Bernardino County, CA (FELONY AND MISDEMEANOR) | WADE, DEVIN K | 2011 to 2018 |

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| MWV17021827 | DEVIN KYLE WADE | See record below | Name AND DOB - Full |

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS # |
|---|---|---|---|---|---|---|---|
| PENDING | TRESPASS WITHOUT CONSENT OF OWNER | Misdemeanor | 03/03/2017 | 08/30/2017 | --- | --- | 97841075-BT7KZK3N |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

**Additional Information:** 7/10/18 FAILURE TO APPEAR ISSUED AND STILL ACTIVE AS OF 9/20/18 / NOTE MIDDLE NAME

| Disposition | Offense | Level | Offense Date | File Date | Arrest Date | Disposition Date | GIS # |
|---|---|---|---|---|---|---|---|
| PENDING | BATTERY | Misdemeanor | 03/03/2017 | 03/03/2017 | --- | --- | 97841075-P0WC7BXG |

| Probation | Fines $ | Court Costs $ | Jail Time | Prison Time | Suspension Time | Next Court Date |
|---|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- | --- |

**Additional Information:** 7/10/18 FAILURE TO APPEAR ISSUED AND STILL ACTIVE AS OF 9/20/18 / NOTE MIDDLE NAME

| Public Case # | Name on Record | Results | Identifiers |
|---|---|---|---|
| FCH1200109 | DEVIN WADE | See misdemeanor below | Name AND DOB - Full |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br><br>505 S. BUENA VISTA RM. 201<br>CORONA, CA 92882 | FOR COURT USE ONLY<br><br>F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>AUG 24 2016 |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>VS<br><br>Defendant:    DEVIN KYLE WADE | |
| **DECISION AND NOTICE OF DECISION**<br>(Trial by Written Declaration in Absentia - Vehicle Code 40903) | CITATION NUMBER: 427153<br><br>CASE NUMBER  427153DW |

Vehicle Code section 40903 states that any person who fails to appear as provided by law may be deemed to have selected to have a Trial by Written Declaration upon any alleged infraction, as charged by the citing officer.

**1.** You received the above referenced citation on 03/23/16 from Riverside Sheriff - Eastvale for the violations listed below.   The court notified you that you must take action to resolve the citation.   You failed to do so, and a Trial by Written Declaration in Absentia was held with the outcome listed below.

**2. THE COURT FINDS** the defendant

| | | | | | |
|---|---|---|---|---|---|
| a. Violation #1 | 27315D1 VC-INF | ☐ Not guilty | ☒ Guilty. Fine imposed:  S213.00 |
| b. Violation #2 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |
| c. Violation #3 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |
| d. Violation #4 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |
| e. Violation #5 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |
| f. Violation #6 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |
| g. Violation #7 | | ☐ Not guilty | ☐ Guilty. Fine imposed: |

1214.1 PC Failure to Appear - Civil Assessment        ☒ Fine imposed:        S300.00

**3. THE COURT ORDERS** defendant shall pay the following amount:

TOTAL AMOUNT OWED: $ 513.00        TO BE PAID BY (date):  OCT 1 1 2016

**4.** The court's decision was entered on:

Date: 07/29/16

_____
JUDICIAL OFFICER

**NOTE:**    If there is a guilty finding, the conviction is reported to the DMV and you are notified of the disposition of the case.    You have twenty (20) calendar days after the date of mailing to file a request for a trial de novo and post full bail (full bail is the total amount owed).   If the request for new trial and full bail is received timely, a trial date will be set within forty-five (45) calendar days.   If there is no timely request for a trial de novo and the amount owed is not paid by the due date, the court will refer the matter for collection.

IF YOU WISH TO REQUEST A NEW TRIAL, YOU MUST SUBMIT A *REQUEST FOR NEW TRIAL* (*TRIAL DE NOVO*) (FORM TR-220) WITHIN 20 DAYS OF THE DATE STATED IN ITEM 2 OF THE CLERK'S CERTIFICATE OF MAILING (see reverse).

| SUPERIOR COURT OF CALIFORNIA ~ COUNTY OF RIVERSIDE | FOR COURT USE ONLY |
|---|---|
| 505 S. BUENA VISTA RM. 201<br>CORONA, CA 92882 | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>AUG 24 2016 |
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>VS<br><br>Defendant:    DEVIN KYLE WADE | |
| **DECISION AND NOTICE OF DECISION**<br>(Trial by Written Declaration in Absentia - Vehicle Code 40903) | CITATION NUMBER:  427095 |
| | CASE NUMBER:  427095DW |

Vehicle Code section 40903 states that any person who fails to appear as provided by law may be deemed to have selected to have a Trial by Written Declaration upon any alleged infraction. as charged by the citing officer.

1.   You received the above referenced citation on  03/19/16 from Riverside Sheriff - Eastvale for the violations listed below.   The court notified you that you must take action to resolve the citation.   You failed to do so, and a Trial by Written Declaration in Absentia was held with the outcome listed below.

2.   **THE COURT FINDS** the defendant

|   | | | |   |
|---|---|---|---|---|
| a. Violation #1 | 26710 VC-INF | ☐ Not guilty | ☒ Guilty. Fine imposed: | $207.00 |
| b. Violation #2 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| c. Violation #3 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| d. Violation #4 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| e. Violation #5 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| f. Violation #6 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| g. Violation #7 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| 1214.1 PC Failure to Appear - Civil Assessment | | | ☒ Fine imposed: | $300.00 |

3.   **THE COURT ORDERS** defendant shall pay the following amount:

| TOTAL AMOUNT OWED: $  507.00    TO BE PAID BY (date):  OCT 1 1 2016 |
|---|

4.   The court's decision was entered on:

Date: 07/29/16

*A. Stuart Klickman*

JUDICIAL OFFICER

**NOTE:**   If there is a guilty finding, the conviction is reported to the DMV and you are notified of the disposition of the case.   You have twenty (20) calendar days after the date of mailing to file a request for a trial de novo and post full bail (full bail is the total amount owed).   If the request for new trial and full bail is received timely, a trial date will be set within forty-five (45) calendar days.   If there is no timely request for a trial de novo and the amount owed is not paid by the due date, the court will refer the matter for collection.

IF YOU WISH TO REQUEST A NEW TRIAL, YOU MUST SUBMIT A *REQUEST FOR NEW TRIAL (TRIAL DE NOVO)* (FORM TR-220) WITHIN 20 DAYS OF THE DATE STATED IN ITEM 2 OF THE CLERK'S CERTIFICATE OF MAILING (see reverse).

**CASH BOND**                                    AGENCY#: EV171780033/RSDE
RECOMMENDED:

DEF#1 $2,500.00
Letter Sent with the Date to Appear: 12/14/2017

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE
### (Riverside)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. |
| Plaintiff, | MISDEMEANOR COMPLAINT & NOTICE TO APPEAR |
| v. | **Misdemeanor DEJ:** |
| DEVIN KYLE WADE | Eligible _____   Not Eligible __X__ |
| 14705 PRAIRIE SMOKE ROAD | |
| EASTVALE, CA 92880 | |
| | |
| AKA: DEVIN WADE | |
| AKA: DEVIN K WADE | |
| AKA: KYLE DEVIN WADE | |
| DOB: 7/20/1988 | |
| Defendant. | |

## APPEARANCE NOTICE

Criminal charges have been filed against you. **You are required to appear** for arraignment at 7:30 AM on 12/14/2017 at:

HALL OF JUSTICE
4100 Main Street
Riverside, CA 92501

The court calendar will list your name and the courtroom to which your case is assigned. Go there, check in, and wait to be arraigned.
IF YOU FAIL TO APPEAR ON THIS DATE, A WARRANT WILL BE SOUGHT FOR YOUR ARREST. **BRING THIS NOTICE WITH YOU.**

## COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant DEVIN KYLE WADE committed a violation of Penal Code section 488, a misdemeanor, in that on or about 6/27/2017, in the County of Riverside, State of California, the defendant did willfully and unlawfully steal and take and defraud money, labor, real and personal property of Autozone, of a value not exceeding Nine Hundred Fifty Dollars ($950.00) to wit: MISCELLANEOUS MERCHANDISE.

**SHERIFF'S DEPARTMENT**
**COUNTY OF RIVERSIDE**
**NOTICE TO APPEAR**

Date of Violation _____ Time _____ [ ] AM/ Day of Week _____ [ ] MISDEMEANOR
[ ] Traffic [ ] Nontraffic
[ ] PM S M T W T F S   Case No. 5 0 4 6 0 0

Name (First, Middle, Last) _____ [ ] Owner's Responsibility (Veh. Code, § 40001)

Address _____

City _____ State _____ ZIP Code _____

Driver Lc. No. _____ State _____ Class [ ] Commercial [ ] Yes [ ] No   Other Description

Sex _____ Hair _____ Eyes _____ Height _____ Weight _____ Race _____ Age _____ Birth Date

Veh. Lic. No. or VIN _____ State _____ Reg. MO/YR _____ Other Description

Yr. of Veh. _____ Make _____ Model _____ Body Style _____ Color _____

Evidence of Financial Responsibility _____ [ ] COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Registered Owner or Lessee _____ [ ] HAZARDOUS MATERIAL (Veh. Code, § 353)

Address _____ [ ] Same as Driver

City _____ State _____ ZIP Code _____

Correctable Violation (Veh. Code, § 40610) [ ] Booking Required (see reverse) _____ Misdemeanor or Infraction (Circle)
Yes _____ No _____ Code and Section _____ Description _____

[ ] M _____ I
[ ] M _____ I
[ ] M _____ I
[ ] M _____ I

Comments (Weather, Road & Traffic Conditions) _____

Location of violation(s) _____ at _____ City/County of Occurrence

Speed Approx. _____ P.F./Max. Spd. _____ Veh. Lmt. _____ Safe _____ Radar _____ [ ] Continuation Form Issued   W _____ N _____ E
According to / riding / Min/s _____ [ ] Accident _____ Report Dist. _____ S _____

EDP Code _____ EDP Code _____ EDP Code _____

[ ] Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____ / _____ _____ I.D. # _____ VAC. DATES
Name of Arresting Officer _____ Name of Arresting Officer (if different from Citing Officer) _____

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X _____ Signature

WHEN: ON OR BEFORE THIS DATE _____ / _____ / _____ Time: _____ [ ] AM [ ] PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: _____ Time: _____ [ ] AM [ ] PM
COURT/FEE # AT _____
CITY _____ [ ] COURT PHONE [ ] NO

[ ] To be notified [ ] You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form
Rev. 06-06-15 (Veh. Code, §§ 40500(b), 40513(b), 40525, 40600, Pen. Code § 853.6)

DEFENDANT COPY
SEE REVERSE
TR-130

---

**SHERIFF'S DEPARTMENT**
**COUNTY OF RIVERSIDE**
**NOTICE TO APPEAR**

Date of Violation _____ Time _____ [ ] AM/ Day of Week _____ [ ] MISDEMEANOR
[ ] Traffic [ ] Nontraffic
[ ] PM S M T W T F S   Case No. 5 0 4 6 0 0

Name (First, Middle, Last) _____ [ ] Owner's Responsibility (Veh. Code, § 40001)

Address _____

City _____ State _____ ZIP Code _____

Driver Lc. No. _____ State _____ Class [ ] Commercial [ ] Yes [ ] No   Other Description

Sex _____ Hair _____ Eyes _____ Height _____ Weight _____ Race _____ Age _____ Birth Date

Veh. Lic. No. or VIN _____ State _____ Reg. MO/YR _____ Other Description

Yr. of Veh. _____ Make _____ Model _____ Body Style _____ Color _____

Evidence of Financial Responsibility _____ [ ] COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Registered Owner or Lessee _____ [ ] HAZARDOUS MATERIAL (Veh. Code, § 353)

Address _____ [ ] Same as Driver

City _____ State _____ ZIP Code _____

Correctable Violation (Veh. Code, § 40610) [ ] Booking Required (see reverse) _____ Misdemeanor or Infraction (Circle)
Yes _____ No _____ Code and Section _____ Description _____

[X] M _____ I
[ ] M _____ I
[ ] M _____ I
[ ] M _____ I

Comments (Weather, Road & Traffic Conditions) _____

Location of violation(s) _____ at _____ City/County of Occurrence

Speed Approx. _____ P.F./Max. Spd. _____ Veh. Lmt. _____ Safe _____ Radar _____ [ ] Continuation Form Issued   W _____ N _____ E
According to / riding / Min/s _____ [ ] Accident _____ Report Dist. _____ S _____

EDP Code _____ EDP Code _____ EDP Code _____

[ ] Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

X _____ / _____ _____ I.D. # _____ VAC. DATES
Name of Arresting Officer _____ Name of Arresting Officer (if different from Citing Officer) _____

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X _____ Signature

WHEN: ON OR BEFORE THIS DATE _____ / _____ / _____ Time: _____ [ ] AM [ ] PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: _____ Time: _____ [ ] AM [ ] PM
COURT/FEE # AT _____
CITY _____ [ ] COURT PHONE [ ] NO

[ ] To be notified [ ] You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form
Rev. 06-06-15 (Veh. Code, §§ 40500(b), 40513(b), 40525, 40600, Pen. Code § 853.6)

DEFENDANT COPY
SEE REVERSE
TR-130

## NOTICE TO APPEAR

Date of Violation | Time | ☐ Traffic ☐ Nontraffic
☐ AM | Day of Week | Case No.
☐ PM | S M T W T F S

Name (First, Middle, Last) | ☐ Owner's Reg.-ability (Veh. Code, § 40001)

Address

City | State | ZIP Code | ☐ Juvenile (Phone No.)
( )

Sex | Hair | Eyes | Height | Weight | Age | Birth Date
/ /

Driver Lic. No. | State | Class | Commercial | Race
☐ Yes ☐ No | M

Veh. Lic. No. | State | ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Yr. of Veh. | Make | Model | Body Style | Color | ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

Evidence of Financial Responsibility

Registered Owner or Lessee | ☐ Same as Driver

Address | ☐ Same as Driver

City | State | ZIP Code

Correctable Violation (Veh. Code, § 40610) | ☐ Booking Required (see reverse) | Misdemeanor or Infraction (circle)
Yes ☐ No ☐ | Code and Section | Description

| | | | | M | I
| | | | | M | I
| | | | | M | I

Speed Approx. | P.F./Max. Spd | Veh Limit | Safe | Radar/Laser | ☐ Cont. Form Issued
at | | | | | M | N

Location of Violation(s)
at | City of Occurrence

Weather, Road, & Traffic Conditions:
Clr Fog Rain | Wet Dry Other | Lt. Mdl. Hvy. | ☐ Accident

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date / / | Arresting or Citing Officer | Serial No. | to | Vac. Dates
Name of Arresting Officer, if different from Citing Officer | Serial No. | Vac. Dates

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

WHEN: | Date: | Time: | ☐ A.M. ☐ P.M.
NIGHT COURT: Date: | Time: | ☐ A.M. ☐ P.M.

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE

WHERE: RANCHO CUCAMONGA SUPERIOR COURT
8303 HAVEN AVE.
RANCHO CUCAMONGA, CA

☐ TO BE NOTIFIED BY JUVENILE COURT, TRAFFIC DIVISION

---

## SHERIFF'S DEPARTMENT
## COUNTY OF RIVERSIDE
## NOTICE TO APPEAR

Date of Violation | Time | ☐ Traffic ☐ MISDEMEANOR
☐ AM | Day of Week: | ☐ Nontraffic | Case No.
☐ PM | S M T W T F S
Owner's Responsibility (Veh. Code, § 40001)

Name (First, Middle, Last)

Address

City | State | ZIP Code

Driver Lic. No. | State Class | Commercial | Age | Birth Date
☐ Yes | ☐ No | / /
Hair | Eyes | Height | Weight | Race | Other Description

Veh. Lic. No. or VIN | State | Reg. Mo/YR | ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Yr. of Veh. | Make | Model | Body Style | Color | ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

Evidence of Financial Responsibility

Registered Owner or Lessee | ☐ Same as Driver

Address | ☐ Same as Driver

City | State | ZIP Code

Correctable Violation (Veh. Code, § 40610) | ☐ Booking Required (see reverse) | Misdemeanor or Infraction (Circle)
Yes ☐ No ☐ | Code and Section | Description

EDP Code | | | | M | I
EDP Code | | | | M | I
| | | | M | I

Speed Approx. | P.F./Max. Spd | Veh. Lmt. | Safe | Radar | ☐ Continuation Form Issued
at | | | | | W

Location of violation(s)
at | City/County of Occurrence

Comments (Weather, Road & Traffic Conditions) | ☐ Accident

EDP Code | Report Dist.

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

/ / | Date | Arresting or Citing Officer | I.D. # | VAC DATES
Name of Arresting Officer if different from Citing Officer | I.D. # | VAC DATES

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

WHEN: ON OR BEFORE THIS DATE: / / | COURT/DEFENDANT #
WHERE: | COURT PHONE
☐ YES ☐ NO

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
CITY:
☐ To be notified: ☐ You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form
Rev. 06-28-15 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code § 853.6)

DEFENDANT COPY
SEE REVERSE
TR-130

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
700 W Civic Center Drive, Santa Ana, CA 92701.

## NOTICE TO DEFENDANT

Defendant Name: **Wade, Devin Kyle**                Case No: **17NM00280**

Address:          14705 Prairie Smoke Road,          Date Sentenced: 05/03/18
                  Eastvalle, CA 92880 USA.

AKAs:

Date of Order: 05/03/18     Judicial Officer: Robison, Craig E.          Dept: CJ1

# OC Pay #: 9041837

Balance Due $0.00

Charging Doc:     Original Complaint

| CNT OL CHARGE | CNT OL CHARGE |
|---|---|
| 1  M  602(m) PC | |

Hearing held on 05/03/2018 at 10:00:00 AM in Department CJ1 for Arraignment
Failed to Appear .

Court Reporter:   None

Defendant present in Court in propria persona.

Defendant provided a copy of the Advisement of Rights, form #1039, revision date
December 2014, by the Court.

Court advises the defendant as to the nature of the charges.

Defendant advised of the following:

- The right to an Attorney.

- The right to court appointed counsel if financially unable to retain counsel.

- The right to represent himself .

To the Original  Complaint  defendant pleads GUILTY as to count(s) 1 .

As to count(s) 1 , defendant to serve 6  Day(s)  Orange County Jail .

Credit for time served: 3 actual, 3 conduct, totaling 6 days pursuant to Penal Code
4019(b) and (c), day-for-day .

Pay mandatory state restitution fine of $150.00 pursuant to Penal Code 1202.4 or
Penal Code 1202.4(b).

Pay $40.00 Court Operations Fee per convicted count pursuant to Penal Code
1465.8.

Pay Criminal Conviction Assessment Fee per convicted count of $30.00 per
misdemeanor/felony and $35.00 per infraction pursuant to Government Code
70373(a)(1).

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
700 W Civic Center Drive, Santa Ana, CA 92701.

## NOTICE TO DEFENDANT

Court orders balance of fees/fines Deemed paid .


Request for Booking Fees  filed.

Court grants booking fees paid to Anaheim Police Department  $265.00 .

Request for Booking Fees  filed.

Court grants booking fees paid to Orange County Sheriff Department  $235.00 .

Defendant released on this case only.  Release issued.

Notice to Sheriff issued.

Notice to defendant issued.


You can obtain additional case information through the court's Public Access Website at
www.occourts.org .



# GENERAL SERVICES INVOICE



For Online Payments:
www.Anaheim.net

## PAST DUE NOTICE

Bill to:

DEVIN KYLE WADE
14705 PRAIRIE SMOKE RD
EASTVALE CA 92880

Remit to:

CITY OF ANAHEIM
DIVISION OF COLLECTIONS
P.O. BOX 3222
ANAHEIM, CA 920803

| Customer Number | Invoice Number | Invoice Date | Notice Date |
|---|---|---|---|
| VC0000154794 | **BK036775** | 03-21-19 | 04-12-19 |

| Customer Name |
|---|
| DEVIN KYLE WADE |

### Invoice Charges

| Ref Line No. | Description | No.of Units | Unit of Measure | Unit Price | Charges/Credit |
|---|---|---|---|---|---|
| 1 | 17NM00280, DR16-186012, 11/24/16 | | | $0.00 | $265.00 |
| | Total Invoice Charges | | | | $265.00 |

### Other Charges

| Description | Charges |
|---|---|
| Interest Charges | $0.00 |
| Total Other Charges | $0.00 |

### Summary

| | |
|---|---|
| Credit Payments Applied | $0.00 |
| Total Amount Due | $265.00 |

OUR RECORD INDICATES YOUR ACCOUNT IS PAST DUE. PLEASE REMIT PAYMENT UPON RECEIPT OF THIS NOTICE. IF PAYMENT HAS BEEN SENT, PLEASE DISREGARD THIS NOTICE.

| If you have any questions, please call: | |
|---|---|
| ACCOUNTS RECEIVABLE | (714)765-4104 |



FOR COURT USE ONLY

**Orange County Sheriff's Department**
550 North Flower Street
Santa Ana, CA 92703
(714) 834-6670

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 03 2018

DAVID H. YAMASAKI, Clerk of the Court

A. GARCIA . DEPUTY

## ORDER TO PAY COUNTY CRIMINAL JUSTICE ADMINISTRATION FEE

Court Case Number: 

Defendant's Name: WADE, DEVIN KYLE

Address: 14700 PRAIRIE GROVE RD
EASTVALE, CA 92880

Charges: PC602(M)

The County of Orange is authorized to recover a criminal justice administration fee pursuant to Board of Supervisors' Resolution No. 09-193 and Government Code Sections 29550, subdivision (c) and 29550.2, subdivision (a) ("Any person booked into a county jail pursuant to any arrest by a governmental entity not specified in Section 29550 or 29550.1 is subject to a criminal justice administration fee for administrative costs incurred in conjunction with the arresting and booking if the person is convicted of any criminal offense relating to the arrest and booking.")

**TOTAL REIMBURSEMENT ORDERED:**

(Other Amount Ordered)

The defendant, having been convicted of criminal charges related to said arrest and booking, **IT IS ORDERED** that Judgment be entered against the defendant in the above sum and said sum is hereby due and payable to **Orange County Sheriff's Department** within 30 days.

Defendant has been notified of this order.

**Judge:** _____   **Date:** _____

Failure to pay this reimbursement fee may result in civil action, including but not limited to: notifying credit reporting agencies, pursuing small claims action, a hold placed on your driver's license, a civil judgment against you, and wage garnishments.

**In Custody Release**

-------------------------✂-------------------- Remittance Advice - Return with Payment --------------------

Defendant's Name: WADE, DEVIN KYLE
Booking No: 3052499
Amount Ordered:

**PLEASE SEND PAYMENT TO:**

Jail Cashiering Unit
Orange County Sheriff's Department
Intake Release Center
550 North Flower Street
Santa Ana, CA 92703



CITY OF ANAHEIM
POLICE DEPARTMENT
425 S. HARBOR BLVD.
ANAHEIM, CALIFORNIA 92805
(714) 765-1058



# REQUEST FOR ORDER TO PAY BOOKING FEES
## UPON CONVICTION

Court Case Number: 17NM00280

| | |
|---|---|
| Arrestee's Name: WADE, DEVIN KYLE | DOB: 07-20-1988 |
| Address: 14705 PRAIRIE SMOKE RD | |
| City/ZIP: EASTVALE CA 92880 | |
| Social Security #: | CDL: |
| Charge: PC 602(M) | |
| Date Arrested: 11-24-2016 | |
| APD Booking Number: 16-11269 | DR Number: 2016-186012 |
| OCSD Booking Number: | |

☐ **29550.1 & .3 Government Code -** Authorizes Recover Booking Fees $265.00
"Any city which books or processes persons administered by it and does not otherwise incur an administrative fee from the county, is entitled to recover any criminal justice administration fee imposed by the city from the arrested person if the person is convicted of any criminal offense related to the arrest."

Administrative Criminal Justice Fee

---

**TOTAL REIMBURSEMENT ORDERED:** $265.00

(Optional amount ordered)

---

The defendant, having been convicted of crime related to said arrest and booking, IT IS ORDERED that Judgment be entered against the defendant in the above sum and said Judgment is hereby due and payable by (date) _____

City of Anaheim
Division of Collections
201 S. Anaheim Blvd.
Anaheim, CA 92805

Failure to pay reimbursement fee may result in civil action, including but not limited to notifying credit reporting agencies, pursuing small claims action, and garnishment of wages.

☐ Defendant notified of this order.

Judge _____ B. ROBISON        Date _____ 5/3/18

**** Notice to defendant: Send a copy of this form with payment ****

Original - Court        Copy - Defendant        Copy - Anaheim PD

APD-701 Rev. 6/08

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
BOOKING RECORD

# I N M A T E   C O P Y

Booking Number:    **1903341197**        Supl:    **-**        Booking Station:    **WEST VALLEY D.C.**
Name (Last, First Mid):    **WADE, DEVIN KYLE**                    Booking Type:    **On Site**
ID:    **BMA**    DOB:    **07/20/1988**    Age:    **30**    Height:    **509**    Weight:    **155**    Hair:    **MUL**    Eyes:    **BRO**
D/L:                    SSN:
Scars/Marks/Tattoos:

---

Charge(s):
**PC459**            **BURGLARY**
**PC594(A)(2)**        **VANDALISM:DAMAGE**

Court:    **RANCHO SUPERIO**        Bail:    **25000.00**            Warr/File Number:

---

Arrest Address:    **SCHREISMAN X GYPSUM CREEK**        Arrest Agency:    **CHINO PD**
Vehicle Location:                        Arrest Officer:
Booking Officer:                        Trans Officer:

---

Intake Date/Time:    **03/12/2019 14:27**            Booking Date/Time:    **03/12/2019 14:32**

**I acknowledge I have the right to make three (3) completed telephone calls. Calls outside the local area must
be collect or at my expense. I have been advised there is a telephone located in the booking cell for my use.**

**I acknowledge I have received a copy of the Inmate Rules and Regulations.**

**I acknowledge that I was advised of my charges.**        X _____
                                Prisoner's Signature When Booked

---

Cash Out: _____
                            X _____
Release Date: _____ Time: _____        Prisoner's Signature for Remaining Cash & Property

Reason For Release: _____

Released By: _____        X _____
                            Prisoner's Signature When Released
Released To: _____

---

| RIGHT THUMB PRINT (WHEN BOOKED) | RIGHT THUMB PRINT (WHEN RELEASED) |
|---|---|
| | |

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
BOOKING RECORD

# I N M A T E   C O P Y

Booking Number: **1903341197**    Supl: **A**    Booking Station: **WEST VALLEY D.C.**
Name (Last, First Mid): **WADE, DEVIN KYLE**    Booking Type: **Sheriff Automated Warrant**
ID: **BMA**    DOB: **07/20/1988**    Age: **30**    Height: **509**    Weight: **155**    Hair: **MUL**    Eyes: **BRO**
D/L:    SSN:
Scars/Marks/Tattoos:

---

Charge(s):
**PC242**          **BATTERY ON PERSON**
**PC602.5(B)**     **ENT NONCOM DWELL:INCIDENT**

Court: **RANCHO SUPERIO**    Bail: **100000.00**    Warr/File Number: **MWV17021827**

---

Arrest Address: **SCHREISMAN X GYPSUM CREEK**    Arrest Agency: **CHINO PD**
Vehicle Location:    Arrest Officer:
Booking Officer:    Trans Officer:

---

Intake Date/Time: **03/12/2019 14:27**    Booking Date/Time: **03/12/2019 14:32**

I acknowledge I have the right to make three (3) completed telephone calls. Calls outside the local area must
be collect or at my expense. I have been advised there is a telephone located in the booking cell for my use.

I acknowledge I have received a copy of the Inmate Rules and Regulations.

I acknowledge that I was advised of my charges.    X _____
                                                      Prisoner's Signature When Booked

---

Cash Out: _____
                                          X _____
Release Date: _____  Time: _____    Prisoner's Signature for Remaining Cash & Property

Reason For Release: _____

Released By: _____    X _____
Released To: _____      Prisoner's Signature When Released

---

| RIGHT THUMB PRINT (WHEN BOOKED) | RIGHT THUMB PRINT (WHEN RELEASED) |
|---|---|
| | |

Jail Information Management System                                03/12/2019 14:35

# Reply from CA Attorney General's Office ; PIU #856975

From:   receivedpiuauto@doj.ca.gov

To:     Wadedevin88@yahoo.com

Date:   Wednesday, December 4, 2019, 03:10 PM PST

Dear  Devin Wade:

***DO NOT REPLY TO THIS E-MAIL*** ***Reply messages will be returned as undeliverable*** If you wish to submit additional information, please use our e-mail webform, available at: https://oag.ca.gov/consumers

Thank you for your correspondence to the Office of the Attorney General requesting that a crime be investigated and that the alleged perpetrator of the crime be prosecuted.

If you have information about a crime, please continue to work with the police or sheriff's department in the area where the crime occurred. Local law enforcement authorities are responsible for investigating violations of law within their jurisdictions. After investigating the crime, the local law enforcement authorities will forward the case to the county district attorney's office for prosecution, if appropriate. The decision whether or not to file criminal charges will then be made by the locally elected district attorney.

In regards to your complaint against the law enforcement authorities involved in this matter, please be advised that it is the Department of Justice general policy that local governments will be primarily responsible for citizen complaints against law enforcement agencies or employees of law enforcement agencies, and that appropriate local resources (sheriff or police department, district attorney, citizens review commission, and grand jury in the area of jurisdiction) be utilized for resolution of such complaints prior to a request for intervention by the Attorney General.

The Attorney General will review citizen complaints against a law enforcement agency or its employees for possible investigation when substantive allegations of unlawful conduct are made and all appropriate local resources for redress have been exhausted. However, we will not review matters that do not involve credible allegations of criminal conduct. Allegations of police misconduct that is not criminal are handled exclusively by the law enforcement agency.

You should first direct your complaint to the local law enforcement agency regardless of whether you are alleging criminal or non-criminal misconduct. Every law enforcement agency in California is required to establish a procedure to investigate citizens' complaints (Penal Code Section 832.5). A written description of the procedure is available from all law enforcement agencies. If you are alleging that a law enforcement officer committed a crime and your complaint is not resolved by your complaint to the agency, you should next contact the county district attorney in the county where the law enforcement agency is located. Most complaints against local law enforcement can be resolved by contacting the aforementioned agencies.

If these agencies do not act on your complaint within a reasonable period of time, you may write to the Attorney General's Office. Your correspondence should include specific information about misconduct that violates state law, the details of your efforts to resolve the complaint with the local authorities, copies of your complaint(s) to the local authorities and copies of their response(s). If you did not receive a written response to your complaint from either the law enforcement agency or the district attorney, you must still provide us with a copy of the correspondence you submitted to those agencies when you submitted your complaint. Requests to the Attorney General that do not contain this information cannot be acted upon.

As noted above, our office only reviews matters that involve credible allegations of criminal conduct. For your guidance, please be advised that the following matters are not considered criminal in nature: complaints about parking citations; complaints about traffic tickets; complaints about the determination of fault for vehicle accidents; complaints about rudeness or profane language; complaints that a problem reported to law enforcement has not been resolved to your satisfaction; complaints that a law enforcement agency is not dedicating enough resources to solve a crime; complaints that a law enforcement officer performed an eviction; and complaints that a law enforcement agency is refusing to release records, such as arrest reports or camera footage. If your concern pertains to any of these issues, then you should contact the law enforcement agency directly. If you are dissatisfied with their response, then we suggest that you consult with a private attorney regarding any civil remedies that may be available to you.



An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT *of* JUSTICE
NTACT THE DEPARTMENT

Messages to the Department of Justice, including the Attorney General, may be sent using this form.  Your message will be forwarded to the responsible Department of Justice component for appropriate handling.

**CONTACT US FORM**

Correspondence to the Department, including the Attorney General, may be sent to:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Department may be contacted by phone at the following:

- Department Comment Line: 202-353-1555
- Department of Justice Main Switchboard: 202-514-2000
- TTY/ASCII/TDD: 800-877-8339 (or Federal IP Relay Service   )

Department of Justice components may also be contacted directly. Find their information on the Component Contact Information page.

To send comments or questions about a Department of Justice website, or to report a broken link or error, please use the form below.

**CONTACT WEBMASTER**

Inquiries from news organizations and other media may be directed to the Office of Public Affairs.

*Updated December 12, 2019*

Was this page helpful?
Yes     No

**PIU**

---

**From:**           wadedevin88@yahoo.com
**Sent:**           Wednesday, November 20, 2019 8:55 PM
**To:**             Xavier Becerra
**Subject:**        Re: Investigators committing terrorism


Hello To whom it may concern,

this Government is attempting to take my life.
I have been getting by ivestigators from FBI, DOJ, DOD, NSA after making a www.ic3.gov FBI Police Report of having an
incident. About a week after submitting a complaint report my domain name RealSkater.com, & DramaBeatz.com
highjacked, passwords of my online accounts, domain hosting, email accounts and design portfolio accounts were
changed and i was being attacked online as in person with anonymous cars following me around, random people taking
pictures and Local Police depts started harrassing me with unlawful stops which led to false arrests. I have been
approached and unlawfully arrested without a location of incident where this government sent a notice to appear in the
mail of a charge that i had any idea of. This government / investigators have been attacking me for over 5 years every
day, sabottaging all web, graphic or app development i create, download, edit or work on in my PC. if laws were upheld,
The third amendment would Prevent This and the 14th amendment would protect me of them trying to take my life. well,
Really they do not care about the constitutional amendments that this nation is structured on and in conclusion no on is
safe in there home with a government that would allow a man to be attacked by another official or rendering support to
another official to complete the mission. There are over 100 www.ic3.gov ( fbi internet crime authorities ) Police Reports
on file of this fiasca! and not one Agency Member care to stop this, inform me or contact supreme court in regards of
whats going on. just nearly over 1800 days, i am still being attacked and Government Investigators are destroying all and
every File of development i produce!

thank you,
Devin Wade
909-306-4164
WadeDevin88@yahoo.com


On Nov 20, 2019 2:01 PM, wadedevin88@yahoo.com wrote:
After making www.ic3.gov police report investigators came out to take my life instead after hijacking my
domain names and redirecting their IP addresses. Investigators has been trying to take my life life every single
day for the last 4 years.

Thank you
Devin Wade
909-306-4164
Wadedevin88@yahoo.com

1

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 9:00 PM |
| **To:** | Xavier Becerra; Info@da.lacounty.gov; victimassistance@usdoj.gov; Jackie.Vickers@usdoj.gov; invitations@jud.ca.gov |
| **Subject:** | Terrorism / Treason / & hate crimes |

Hello To whom it may concern,

this Government is attempting to take my life.
I have been getting attacked by investigators from FBI, DOJ, DOD, NSA after making a www.ic3.gov FBI Police Report of having an incident. About a week after submitting a complaint report my domain name RealSkater.com, & DramaBeatz.com highjacked, passwords of my online accounts, domain hosting, email accounts and design portfolio accounts were changed and i was being attacked online as in person with anonymous cars following me around, random people taking pictures and Local Police depts started harrassing me with unlawful stops which led to false arrests. I have been approached and unlawfully arrested without a location of incident where this government sent a notice to appear in the mail of a charge that i had any idea of. This government / investigators have been attacking me for over 5 years every day, sabottaging all web, graphic or app development i create, download, edit or work on in my PC. if laws were upheld, The third amendment would Prevent This and the 14th amendment would protect me of them trying to take my life. well, Really they do not care about the constitutional amendments that this nation is structured on and in conclusion no on is safe in there home with a government that would allow a man to be attacked by another official or rendering support to another official to complete the mission. There are over 100 www.ic3.gov ( fbi internet crime authorties ) Police Reports on file of this fascal and not one Agency Member care to stop this, inform me or contact supreme court in regards of whats going on. just nearly over 1800 days, i am still being attacked and Government Investigators are destroying all and every File of development i produce!

thank you,
Devin Wade
909-306-4164
WadeDevin88@yahoo.com

1

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 11:28 PM |
| **To:** | consulMo@state.gov; consumerinterest@ago.state.al.us; leslie.welch@azag.gov; Xavier Becerra; ashley.moody@myfloridalegal.com; Rachel@msnbc.com; karl.racine@dc.gov; aginfo@azag.gov |
| **Subject:** | Thieves, domain name highjacking and Life taking |

This government is a thief, terrorist and far against any democratic or constitutional amendment. after making www.ic3.gov & www.usa.gov complaint reports with fbi investigators came out and high-jacked the victims domain names and now everyday for the last four years attack the mans career growth and development by destroying web products and intellectual property because they choose not to uphold democracy or anything that it requires. This government has been attempting and attacking coming up with new methods of assault every day for the last four to five years. (365 x4) days straight in a row without fail just after making a complaint report.

Victim: Devin Wade
Date: November 20, 2019
Contact: 909-306-4164
WadeDevin88@yahoo.com

1

**PIU**

| | |
|---|---|
| **From:** | Rosalina Harris |
| **Sent:** | Thursday, November 21, 2019 10:32 AM |
| **To:** | PIU |
| **Subject:** | Email received in AG's inbox #19-2100 (3) |
| **Attachments:** | Re: Investigators committing terrorism; Terrorism / Treason / & hate crimes; Thieves, domain name highjacking and Life taking |

Hi,

We have received this in the AG's inbox.  Please see the attachment and handle as you deem appropriate.

Thanks,


Lina Harris
Executive Assistant
**Office of the Attorney General | State of California**
1300 I Street, Sacramento, CA 95814
Office: (916) 210-6028 | Email: Rosalina.Harris@doj.ca.gov

**PIU**

| | |
|---|---|
| **From:** | wadedevin88@yahoo.com |
| **Sent:** | Wednesday, November 20, 2019 2:02 PM |
| **To:** | Xavier Becerra |
| **Subject:** | Investigators committing terrorism |

After making www.ic3.gov police report investigators came out to take my life instead after hijacking my
domain names and redirecting their IP addresses.  Investigators has been trying to take my life life every single
day for the last 4 years.

Thank you
Devin Wade
909-306-4164
Wadedevin88@yahoo.com

1/21/2020 Case 5:20-cv-00258-JGB-SP Document 1 Filed 02/07/20 Page 70 of 75 Page ID
#:70
Yahoo Mail - Reply from CA Attorney General's Office ; PID 9856975

Thank you again for contacting our office. We hope this information will be helpful to you.

Sincerely,

Casey Hallinan
Public Inquiry Unit

For Xavier Becerra
Attorney General

0014.pdf
133.5kB



# Emergencies

If someone is in imminent danger, call 911 or your local police immediately.

# Report Threats and Crime

**General Public**

Members of the public can report violations of U.S. federal law or suspected terrorism or criminal activity as follows:

**Contact us online**

- Use our **Online Tips and Public Leads** (https://tips.fbi.gov/) form to report information on criminal activity and suspected terrorist threats
- Report cyber crimes by filing a complaint with our **Internet Crime Complaint Center (https://www.ic3.gov/complaint/default.aspx)**

**Contact us via telephone or mail**

- Contact your **local FBI office** (https://www.fbi.gov/contact-us/field-offices) or closest **international office (https://www.fbi.gov/contact-us/legal-attache-offices)** 24 hours a day, seven days a week.
- Call 1-800-CALLFBI (225-5324) for the Major Case Contact Center
- Call (866) 720-5721 to report fraud, waste, and abuse involving disaster relief to the National Center for Disaster Fraud or write to NCDF, Baton Rouge, LA 70821-4909.

# Law Enforcement (Secure Portal Access)



Vetted members of law enforcement can report cyber or terrorist incidents through eGuardian (https://www.fbi.gov/resources/law-enforcement/eguardian).



# Federal Bureau of Investigation
# Internet Crime Complaint Center(IC3)



## IC3 Website Privacy Policy

### Information Collected and Stored Automatically

The IC3 uses the data collected at this website to process complaint information and to collect and store certain information. When you visit our site, we may automatically collect and store the following information whether or not you file a complaint:

- Your domain name (for example, "xyz123abc-company.com" if you use a private Internet account, or "yourschool.edu" if you are connecting from a university's domain).
- The IP address, a number automatically assigned to your computer when you go online, from which you access our website.
- The type of browser and operating system used to access our site.
- The date and time you access our site.
- The Internet address of the website from which you accessed our site.
- The pages you visit on our site.

We use this information to measure the number of visitors to the different sections of our site, and to help make our site more useful to future visitors. We do not sell or transfer to third parties any of this information that we automatically collect from every visitor unless it relates to a site security matter as discussed below.

### Information Collected from Emails and Web Forms

The IC3 uses the data voluntarily submitted by complainants at this website to help victims of Internet-related fraud. Your complaint, should you choose to submit one, is maintained and controlled by the FBI. Thereafter, the IC3 may pursue preliminary inquiries and information from the complaint, along with other information developed at IC3, may be referred to a federal, state, local, or international law enforcement or regulatory agency, as appropriate, including the FBI. Whether your complaint is referred to another agency or not, the data you voluntarily submit on the complaint form will be maintained by the FBI and be available for future retrieval and possible referral to one or more enforcement agencies.

Information solicited by IC3 on the complaint form assists personnel in processing complaints. Disclosure of such information is strictly voluntary, however, failure to provide certain information solicited will result in the complaint not being properly registered. No action will be taken on incomplete complaints. However, data submitted from incomplete complaints may still be stored and maintained for potential retrieval and dissemination. Any complaint information you affirmatively choose to provide to the IC3 may be referred to one or more appropriate enforcement agencies that have jurisdiction over your complaint. This may include agencies at all levels of government, including federal, state, local, and international law enforcement and regulatory agencies having administrative, civil, and/or criminal law enforcement authority. Such referrals are the principal purposes for which the information voluntarily submitted is intended to be used. The confidentiality of the complaint information you provide may be affected by differing state law. As such, we cannot guarantee that your complaint will remain confidential. People who voluntarily choose to file a complaint do so knowing that all information provided may be disseminated to one or more enforcement agencies, which may or may not take action on the complaint. The IC3 does not decide which complaints will be actively investigated by any agency. The IC3 cannot make any representations or guarantees as to the action that may or may not be taken on any complaint.

You may volunteer to provide us personal identifying information, for example your mailing address, in an electronic mail message or by filing a complaint. Before you do so, you should know that various people might see the material you submit. We may enter the information into a database and we may share it with other agencies. Information collected may be used for responding to complaints, as well as other authorized purposes.

### Security and Consent to Monitor

For site security purposes, and to ensure that this service remains available to all users, all network traffic is monitored in order to identify unauthorized attempts to upload or change information, or otherwise cause damage or conduct criminal activity.

Site information may be distributed or copied, subject to Sections 701 and 709 of Title 18, U.S. Code. Unauthorized use of the FBI seal, the words "Federal Bureau of Investigation," the initials "FBI," or any imitation "in a manner reasonably calculated to convey the impression that such [activity]...is approved, endorsed, or authorized by the Federal Bureau of Investigation" is prohibited.

When you file a complaint, we use secure socket layer (SSL) encryption to protect the information you submit. The information you provide is securely stored.

**Privacy Act Statement**

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. In accordance with those routine uses, the FBI may disclose information from my complaint to appropriate federal, state, local, tribal or international law enforcement and regulatory agencies.

**Cookies**

A "cookie" is a file placed on your computer's hard drive or in memory by a website that allows the site to monitor your use of the site, usually without your knowledge. Navigation through the "Complaint" section of our site requires the use of session cookies. This means that cookies are placed on your computer's memory during the time you are filing a complaint. These cookies are active only when a user is actually filing a complaint. Disabling cookies on your browser will prevent you from filing a complaint. Users of our site who do not file a complaint do not encounter session cookies.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br><br>505 S. BUENA VISTA RM. 201<br>CORONA, CA 92882 | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>AUG 24 2016 |
|---|---|

**A M**
**AUG 2 5 2016**
**R**

| PEOPLE OF THE STATE OF CALIFORNIA<br><br>VS<br><br>Defendant:    DEVIN KYLE WADE | |
|---|---|

| **DECISION AND NOTICE OF DECISION**<br>(Trial by Written Declaration in Absentia - Vehicle Code 40903) | CITATION NUMBER: 427153 |
|---|---|
| | CASE NUMBER: 427153DW |

Vehicle Code section 40903 states that any person who fails to appear as provided by law may be deemed to have selected to have a Trial by Written Declaration upon any alleged infraction, as charged by the citing officer.

**1.**  You received the above referenced citation on 03/23/16 from Riverside Sheriff - Eastvale for the violations listed below. The court notified you that you must take action to resolve the citation. You failed to do so, and a Trial by Written Declaration in Absentia was held with the outcome listed below.

**2. THE COURT FINDS** the defendant

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| a. Violation #1 | 27315D1 VC-INF, | ☐ Not guilty | ☒ Guilty. Fine imposed: | $213.00 |
| b. Violation #2 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| c. Violation #3 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| d. Violation #4 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| e. Violation #5 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| f. Violation #6 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| g. Violation #7 | | ☐ Not guilty | ☐ Guilty. Fine imposed: | |
| 1214.1 PC Failure to Appear - Civil Assessment | | | ☒ Fine imposed: | $300.00 |

**3. THE COURT ORDERS** defendant shall pay the following amount:

TOTAL AMOUNT OWED: $ 513.00        TO BE PAID BY (date):  OCT 1 1 2016

**4.**  The court's decision was entered on:

Date:  07/29/16

_Stuart Glickman_

JUDICIAL OFFICER

**NOTE:**  If there is a guilty finding, the conviction is reported to the DMV and you are notified of the disposition of the case. You have twenty (20) calendar days after the date of mailing to file a request for a trial de novo and post full bail (full bail is the total amount owed). If the request for new trial and full bail is received timely, a trial date will be set within forty-five (45) calendar days. If there is no timely request for a trial de novo and the amount owed is not paid by the due date, the court will refer the matter for collection.

IF YOU WISH TO REQUEST A NEW TRIAL, YOU MUST SUBMIT A *REQUEST FOR NEW TRIAL* (*TRIAL DE NOVO*) (FORM TR-220) WITHIN 20 DAYS OF THE DATE STATED IN ITEM 2 OF THE CLERK'S CERTIFICATE OF MAILING (see reverse).

DECISION AND NOTICE OF DECISION
Trial by Written Declaration in Absentia